**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHARLES RICE KENDALL, ET AL., | ) | |
| **Plaintiff(s),** | ) | |
| v. | ) | |
| ANADARKO E&P ONSHORE, LLC, ET AL. | ) | **Civil Action No.** 3:16-CV-01182 |
| ______________________, | ) | |
| **Defendant(s)/ Third-Party Plaintiff(s),** | ) | |
| v. | ) | |
| , | ) | |
| **Third-Party Defendant(s).** | ) | |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant (type of party), who is Wallis Run Hunting Club, Inc. (name of party), makes the following disclosure:

1. Is the party a non-governmental corporate party?

☒ YES ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

None

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

None

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Signature of Counsel for Party
Thomas E. Robins, Esquire

Date: July 19, 2016