IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR., as Trustees for The Margaret O.F. Proctor Trust, Plaintiffs, vs. ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., and WALLIS RUN GAS and OIL, INC., Defendants. | Civil Action No. 3:16-cv-01182-MEM<br><br>Judge Malachy E. Mannion<br><br>Complaint filed: 06/17/16<br><br>*Electronically Filed* |

## ENTRY OF APPEARANCE

The undersigned hereby enters her appearance as additional counsel for Defendant, ANADARKO E&P ONSHORE LLC, in the above-captioned matter. Kindly serve a copy of all documents filed in this matter upon Suzette V. Sims (svsims@mqblaw.com).

                                                        McQUAIDE BLASKO, INC.

Date: November 15, 2016          By: s/Suzette V. Sims
                                                        Suzette V. Sims, Esquire
                                                        I.D. No. 210355
                                                        svsims@mqblaw.com
                                                        811 University Drive
                                                        State College, PA 16801
                                                        (814) 238-4926
                                                        Fax: (814) 238-9624

                                                        Attorneys for Defendant
                                                        Anadarko E&P Onshore LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR., as Trustees for The Margaret O.F. Proctor Trust,<br>Plaintiffs,<br>vs.<br>ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., and WALLIS RUN GAS and OIL, INC.,<br>Defendants. | Civil Action No. 3:16-cv-01182-MEM<br><br>Judge Malachy E. Mannion<br><br>Complaint filed: 06/17/16<br><br>*Electronically Filed* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of my Entry of Appearance on behalf of Defendant Anadarko E&P Onshore LLC in the above-captioned matter was served this 15th day of November, 2016, to the attorneys/parties of record via ECF as follows:

Laura A. Lange, Esquire
Paul K. Stockman, Esquire
McGuire Woods LLP
625 Liberty Avenue, 23rd Floor
EQT Plaza
Pittsburgh, PA 15222
(412) 667-7941
llange@mcguirewoods.com
pstockman@mcguirewoods.com
(For Plaintiffs)

Thomas C. Marshall, Esquire
Thomas E. Robins, Esquire
McNerney, Page, Vanderlin & Hall
433 Market Street
P.O. Box 7
Williamsport, PA 17703
(570) 326-6555
tmarshall@mpvhlaw.com
trobins@mpvhlaw.com
(For Defs. Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc.)

McQUAIDE BLASKO, INC.

By: s/Suzette V. Sims
       Suzette V. Sims, Esquire
       I.D. No. 210355
       svsims@mqblaw.com
       811 University Drive
       State College, PA 16801
       Phone: (814) 238-4926
       Fax: (814) 234-5620

       Attorneys for Defendant
       Anadarko E&P Onshore LLC