IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR., as Trustees for The Margaret O.F. Proctor Trust, Plaintiffs, vs. ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., and WALLIS RUN GAS and OIL, INC., Defendants. | Civil Action No. 3:16-cv-01182-MEM<br><br>Judge Malachy E. Mannion<br><br>Complaint filed: 06/17/16<br><br>*Electronically Filed* |

## **WITHDRAW OF APPEARANCE**

Pursuant to this Court's Order of November 16, 2016 (ECF No. 32), the undersigned, Jaime S. Bumbarger, hereby withdraws her appearance as co-counsel for Defendant, ANADARKO E&P ONSHORE LLC, in the above-captioned matter.

                                                                                   McQUAIDE BLASKO, INC.

Date: November 17, 2016            By: s/Jaime S. Bumbarger
                                                              Jaime S. Bumbarger, Esquire
                                                              I.D. No. 308708
                                                              811 University Drive
                                                              State College, PA 16801
                                                              (814) 238-4926
                                                              Fax: (814) 238-9624

                                                              Attorneys for Defendant
                                                              Anadarko E&P Onshore LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and : | |
| ANN P. HOCHBERG, as Trustees for : | Civil Action No. 3:16-cv-01182-MEM |
| The Thomas E. Proctor Heirs Trust, : | |
| and BANK OF AMERICA, N.A., and : | Judge Malachy E. Mannion |
| JOHN J. SLOCUM, JR., as Trustees : | |
| for The Margaret O.F. Proctor Trust, : | Complaint filed: 06/17/16 |
| Plaintiffs, : | |
| vs. : | *Electronically Filed* |
| ANADARKO E&P ONSHORE LLC, : | |
| WALLIS RUN HUNTING CLUB, : | |
| INC., and WALLIS RUN GAS and : | |
| OIL, INC., : | |
| Defendants. : | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Jaime S. Bumbarger's Withdraw of Appearance on behalf of Defendant Anadarko E&P Onshore LLC in the above-captioned matter was served this 17th day of November, 2016, to the attorneys/parties of record via ECF as follows:

| | |
|---|---|
| Laura A. Lange, Esquire | Thomas C. Marshall, Esquire |
| Paul K. Stockman, Esquire | Thomas E. Robins, Esquire |
| McGuire Woods LLP | McNerney, Page, Vanderlin & Hall |
| 625 Liberty Avenue, 23rd Floor | 433 Market Street |
| EQT Plaza | P.O. Box 7 |
| Pittsburgh, PA 15222 | Williamsport, PA 17703 |
| (412) 667-7941 | (570) 326-6555 |
| llange@mcguirewoods.com | tmarshall@mpvhlaw.com |
| pstockman@mcguirewoods.com | trobins@mpvhlaw.com |
| (For Plaintiffs) | (For Defs. Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc.) |

McQUAIDE BLASKO, INC.

By: s/Jaime S. Bumbarger
    John A. Snyder, Esquire
    I.D. No. 66295
    jasnyder@mqblaw.com
    Jaime S. Bumbarger, Esquire
    I.D. No. 308708
    jsbumbarger@mqblaw.com
    811 University Drive
    State College, PA 16801
    Phone: (814) 238-4926
    Fax: (814) 234-5620

    Attorneys for Defendant
    Anadarko E&P Onshore LLC