**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR. As Trustees for The Margaret O.F. Proctor Trust,** | : | **CASE NO. 3:16-CV-01182** |
| | : | |
| | : | **(JUDGE MALACHY E. MANNION)** |
| | : | |
| | : | |
| | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., and WALLIS RUN GAS AND OIL, INC.,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**<u>MOTION FOR ENLARGEMENT OF TIME</u>**

AND NOW come Defendants, Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc., by and through their attorneys, McNerney, Page, Vanderlin & Hall, and move this Court for an enlargement of time of thirty (30) days for submission of their expert disclosure, expert report and supplemental/rebuttal

expert reports and expert discovery due by Plaintiffs and Defendant Anadarko E&P Onshore LLC. In support thereof, Defendants state as follows:

1. On May 5, 2017, Judge Malachy E. Mannion entered an Order setting certain deadlines, including a deadlines for expert reports on September 19, 2017, for supplement/rebuttal expert reports and expert discovery for October 19, 2017, and for Dispositive Motions and supporting briefs on November 20, 2017.

2. The Defendants Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil Inc. ("Wallis Run"), hereby request an extension of thirty (30) days for submission of their expert disclosure, expert report and supplemental/rebuttal expert reports and expert discovery due by Plaintiffs and Defendant Anadarko E&P Onshore LLC. This request is being made because co-counsel for Wallis Run, Thomas E. Robins, Esquire, departed the firm on July 28, 2017 and due to administrative error regarding scheduling deadlines this request is necessary.

3. Plaintiffs and Co-Defendants have not yet responded to Wallis Run's request for concurrence.

**WHEREFORE**, Defendants Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc. respectfully request an enlargement of time of thirty (30) days for submission of their expert disclosure, expert report and

supplemental/rebuttal expert reports and expert discovery due by Plaintiffs and Defendant Anadarko E&P Onshore LLC.

**MCNERNEY, PAGE, VANDERLIN & HALL**

BY: /s/ Thomas C. Marshall

Thomas C. Marshall, Esquire
I.D. No. 59326
Attorneys for Defendants Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc.

433 Market Street
Williamsport, PA 17701
Telephone: 570-326-6555
Facsimile: 570-326-3170
Email: tmarshall@mpvhlaw.com

Date: September 19, 2017