**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES RICE KENDALL and** | **:** | **CASE NO. 3:16-CV-01182** |
| **ANN P. HOCHBERG, as Trustees** | **:** | |
| **for The Thomas E. Proctor Heirs** | **:** | **(JUDGE MALACHY E. MANNION)** |
| **Trust, and BANK OF AMERICA,** | **:** | |
| **N.A., and JOHN J. SLOCUM, JR.** | **:** | |
| **As Trustees for The Margaret O.F.** | **:** | **JURY TRIAL DEMANDED** |
| **Proctor Trust,** | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | |
| **vs.** | **:** | |
| | **:** | |
| **ANADARKO E&P ONSHORE** | **:** | |
| **LLC, WALLIS RUN HUNTING** | **:** | |
| **CLUB, INC., WALLIS RUN GAS** | **:** | |
| **AND OIL, INC.** | **:** | |
| **Defendants.** | | |

## **CERTIFICATE OF CONCURRENCE**

Thomas C. Marshall, Esquire hereby certifies that on September 19, 2017 he contacted by email John Snyder, Esquire and Suzette V. Sims, counsel for the Defendant Anadarko E&P Onshore LLC, Laura A. Lange, Esquire and Paul K.

Stockman (pro hac vice) counsel for the Plaintiffs and he did not receive a response.

**MCNERNEY, PAGE, VANDERLIN & HALL**

BY: /s/ Thomas C. Marshall
Thomas C. Marshall, Esquire
I.D. No. 59326
Attorneys for Defendants Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc.

433 Market Street
Williamsport, PA 17701
Telephone: 570-326-6555
Facsimile: 570-326-3170
Email: tmarshall@mpvhlaw.com

Date: September 19, 2017