**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR. As Trustees for The Margaret O.F. Proctor Trust,** | : | **CASE NO. 3:16-CV-01182** |
| | : | |
| | : | **(JUDGE MALACHY E. MANNION)** |
| | : | |
| | : | **JURY TRIAL DEMANDED** |
| **Plaintiffs,** | : | |
| **vs.** | : | |
| **ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., WALLIS RUN GAS AND OIL, INC.** | : | |
| **Defendants.** | | |

**ORDER**

AND NOW, this ___________ day of September, 2017, upon consideration of the Motion for Enlargement of Time, it is hereby ORDERED and DIRECTED that the Motion is GRANTED. The deadlines set forth in the Court's Scheduling Order of May 5, 2017 for Defendants Wallis Run Hunting Club, Inc. and Wallis

Run Gas and Oil, Inc.'s submission of their expert disclosure, expert report and supplemental/rebuttal expert reports and expert discovery due by Plaintiffs and Defendant Anadarko E&P Onshore LLC shall be extended for thirty (30) days.

_______________________________
Malachy E. Mannion, J.