**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES RICE KENDALL and** | **:** | **CASE NO. 3:16-CV-01182** |
| **ANN P. HOCHBERG, as Trustees** | **:** | |
| **for The Thomas E. Proctor Heirs** | **:** | **(JUDGE MALACHY E. MANNION)** |
| **Trust, and BANK OF AMERICA,** | **:** | |
| **N.A., and JOHN J. SLOCUM, JR.** | **:** | |
| **As Trustees for The Margaret O.F.** | **:** | **JURY TRIAL DEMANDED** |
| **Proctor Trust,** | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | |
| **vs.** | **:** | |
| | **:** | |
| **ANADARKO E&P ONSHORE** | **:** | |
| **LLC, WALLIS RUN HUNTING** | **:** | |
| **CLUB, INC., WALLIS RUN GAS** | **:** | |
| **AND OIL, INC.** | **:** | |
| **Defendants.** | **:** | |

**DEFENDANTS WALLIS RUN HUNTING CLUB, INC. AND WALLIS RUN GAS AND OIL, INC.'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

**AND NOW** comes the Defendants, Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc. (collectively "Wallis Run"), by and through their attorneys, McNerney, Page, Vanderlin & Hall, who move this Court to grant summary

judgment in their favor and against the Plaintiffs pursuant to Federal Rule of Civil Procedure 56. In support thereof Defendants state as follows:

**Relevant Background**

1. On June 17, 2016, Plaintiffs filed a Complaint against Anadarko E&P Onshore LLC, Wallis Run Hunting Club, Inc., Wallis Run Gas and Oil, Inc., in the United States District Court for the Middle District of Pennsylvania at Docket No. 16-1182.

2. On August 29, 2016, Defendants Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc. filed an Answer to Complaint and Counterclaim against Plaintiff.

3. The area of land in dispute was part of a larger parcel of property known as the "John Brown Warrant" which consisted of 407 ¾ acres plus allowances.

4. In 1857, the John Brown Warrant was divided into three (3) parcels: a western parcel containing approximately one hundred seven and on-half (107.5) acres, a central parcel containing approximately two hundred twelve acres (212), and an eastern parcel containing approximately one hundred (100) acres.

5. Plaintiff's Complaint alleges that Proctor Trusts own 100% of the subsurface rights to part of the John Brown Warrant as conveyed in the deed from

John McCawley to John Meyer, the eastern parcel, located in Cascade Township, Lycoming County, Pennsylvania.

6. The eastern parcel was sold to John Meyer on March 30, 1857 and serves as a source deed for the Plaintiff's interest.

7. The central parcel was sold to Conrad W. Whitaker on March 30, 1857 and serves as a source deed for Defendant's interest.

8. The March 30, 1857 deeds referenced above contained errors in the legal description: they described more acreage than was intended to be conveyed, and indeed more acreage than could have been transferred, thus giving rise to an area of the John Brown Warrant that is in dispute, hereinafter called the "Disputed Property".

9. Despite clearly indicating that the grantors intended to convey a parcel "containing one hundred acres" the eastern deed describes an area totaling two hundred six (206) acres.

10. Similarly, the central deed describes an area totaling four hundred twelve (412) acres, but the grantors intended to convey two hundred twelve (212) acres.

11. Despite the historical treatment of the respective parcels, and what is clearly a scrivener's error in both deeds, Plaintiffs now claim that the eastern deed conveyed 206 acres.

12. The Plaintiff's Complaint seeks an action to quiet title, conversion, ejectment, unjust enrichment, and declaratory judgment concerning the Disputed Property. Complaint ¶ 27-53.

13. The Defendant's Answer to Complaint seeks an action to quiet title and declaratory judgment concerning the Disputed Property.

14. The Proctor Trust sought the expert opinion of Andrew Grafton who concluded that the 1857 conveyance of the eastern portion of the John Brown Warrant from John McCawley to John Meyer, the same being the source deed for Proctor chain of title, conveyed a total area of 206 acres.

15. Defendants Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc. sought the expert opinion of Fred Holland who concluded the 1857 conveyance of the eastern portion conveyed a total area of 100 acres plus allowances. This finding of fact cannot be disputed.

**Motion for Summary Judgment**
**as to Plaintiff's Claims**

16. The allegations set forth in paragraphs 1 through 15 above are incorporated herein by reference as though fully set forth.

17. Rule 56(a), Federal Rules of Civil Procedure, provides that "a party seeking to recover upon a claim … may, at any time after the expiration of 20 days from the commencement of the action … move … for a summary judgment in the party's favor upon all or any part thereof."

18. Rule 56(c), Federal Rules of Civil Procedure, provides that summary judgment should be entered " if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law."

19. Summary Judgment must be entered for Wallis Run because there is no genuine issue of material fact and Wallis Run is entitled to judgment as a matter of law.

**WHEREFORE**, Wallis Run respectfully requests that this Court enter summary judgment in its favor and against Plaintiffs' Complaint, and award Wallis Run, costs and attorney's fees and such other relief as may be available at law or in equity.

**McNERNEY, PAGE, VANDERLIN & HALL**

By: /s/ Thomas C. Marshall, Esquire

Thomas C. Marshall, Esquire
I.D. No. 59326
Attorneys for Defendants Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc.
433 Market Street
Williamsport, PA 17701
Telephone: 570-326-6555
Facsimile: 570-326-3170
Email: tmarshall@mpvhlaw.com

Date: December 20, 2017

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR. As Trustees for The Margaret O.F. Proctor Trust,** | : | **CASE NO. 3:16-CV-01182** |
| **Plaintiffs,** | : | **(JUDGE MALACHY E. MANNION)** |
| **vs.** | : | **JURY TRIAL DEMANDED** |
| **ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., WALLIS RUN GAS AND OIL, INC.** | : | |
| **Defendants.** | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Thomas C. Marshall, Esquire, hereby certify that on this 20th day of December, 2017, a true and correct copy of Defendants Wallis Run Hunting Club, Inc.'s and Wallis Run Gas and Oil, Inc.'s Motion for Summary Judgment was served as described below:

**By Electronic Mailing:**


Laura A. Lange, Esquire
Paul K. Stockman, Esquire
McGuire Woods LLP
625 Liberty Avenue, Suite 2300
Pittsburgh, PA 15222
llange@mcguirewoods.com
pstockman@mcguirewoods.com
*Attorneys for Plaintiffs*

John A. Snyder, Esquire
Suzette V. Simms, Esquire
Chena L. Glenn-Hart, Esquire
McQuaide Blasko, Inc.
811 University Drive
State College, PA 16801
jasnyder@mqblaw.com
svsims@mqblaw.com
clglenn-hart@mqblaw.com
*Attorneys for Defendant Anadarko E&P Onshore, LLC*


**McNERNEY, PAGE, VANDERLIN & HALL**


By: /s/ Thomas C. Marshall, Esquire
Thomas C. Marshall, Esquire
I.D. No. 59326
Attorneys for Defendants Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc.

433 Market Street
Williamsport, PA 17701
Telephone: 570-326-6555
Facsimile: 570-326-3170
Email: tmarshall@mpvhlaw.com