656918

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES RICE KENDALL and** | **:** | **CASE NO. 3:16-CV-01182** |
| **ANN P. HOCHBERG, as Trustees** | **:** | |
| **for The Thomas E. Proctor Heirs** | **:** | **(JUDGE MALACHY E. MANNION)** |
| **Trust, and BANK OF AMERICA,** | **:** | |
| **N.A., and JOHN J. SLOCUM, JR.** | **:** | |
| **As Trustees for The Margaret O.F.** | **:** | **JURY TRIAL DEMANDED** |
| **Proctor Trust,** | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | |
| **vs.** | **:** | |
| | **:** | |
| **ANADARKO E&P ONSHORE** | **:** | |
| **LLC, WALLIS RUN HUNTING** | **:** | |
| **CLUB, INC., WALLIS RUN GAS** | **:** | |
| **AND OIL, INC.** | **:** | |
| **Defendants.** | **:** | |

**ORDER GRANTING DEFENDANTS WALLIS RUN'S MOTION**
**FOR SUMMARY JUDGMENT**

AND NOW, this _______ day of _______________, 201___, upon consideration of Defendants Wallis Run Hunting Club, Inc.'s and Wallis Run Gas and Oil, Inc.'s Motion for Summary Judgment, and Plaintiff's response thereto, it

656918

is hereby ORDERED that Defendant Wallis Run's Motion for Summary Judgment is GRANTED.

**BY THE COURT,**

__________________________________
Malachy E. Mannion
U.S. District Court Judge