**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES RICE KENDALL and** | **:** | **CASE NO. 3:16-CV-01182** |
| **ANN P. HOCHBERG, as Trustees** | **:** | |
| **for The Thomas E. Proctor Heirs** | **:** | **(JUDGE MALACHY E. MANNION)** |
| **Trust, and BANK OF AMERICA,** | **:** | |
| **N.A., and JOHN J. SLOCUM, JR.** | **:** | |
| **As Trustees for The Margaret O.F.** | **:** | **JURY TRIAL DEMANDED** |
| **Proctor Trust,** | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | |
| **vs.** | **:** | |
| | **:** | |
| **ANADARKO E&P ONSHORE** | **:** | |
| **LLC, WALLIS RUN HUNTING** | **:** | |
| **CLUB, INC., WALLIS RUN GAS** | **:** | |
| **AND OIL, INC.** | **:** | |
| **Defendants.** | **:** | |

**CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE**

Thomas C. Marshall, Esquire, counsel for Defendants Wallis Run, hereby certifies that on December 20, 2017, he contacted Susette Sims, counsel for the Defendant Anadarko E&P Onshore LLC, Laura A. Lange, Esquire and Paul K. Stockman (pro hac vice) counsel for the Plaintiffs, in order to request their

concurrence in Defendants Wallis Run's Motion for Summary Judgment and Plaintiff does not concur with the Motion and Defendant Anadarko E&P Onshore, Inc. has neither concurred or non-concurred.

**McNERNEY, PAGE, VANDERLIN & HALL**

By: /s/ Thomas C. Marshall, Esquire
Thomas C. Marshall, Esquire
I.D. No. 59326
Attorneys for Defendants Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc.

433 Market Street
Williamsport, PA 17701
Telephone: 570-326-6555
Facsimile: 570-326-3170
Email: tmarshall@mpvhlaw.com

Date: December 20, 2017