IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR., as Trustees for The Margaret O.F. Proctor Trust, | : | Civil Action No. 3:16-cv-01182-MEM |
| | : | Judge Malachy E. Mannion |
| Plaintiffs, | : | |
| vs. | : | Complaint filed: 06/17/16 |
| ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., and WALLIS RUN GAS and OIL, INC., | : | ***Electronically Filed*** |
| Defendants. | : | |

**CERTIFICATE OF WORD COUNT**

I, Suzette V. Sims, attorney for Defendant Anadarko E&P Onshore LLC, hereby certify that Defendant Anadarko E&P Onshore LLC's Brief in Support of Motion for Summary Judgment contains 3,597 words.

McQUAIDE BLASKO, INC.

Dated: January 10, 2018

By: s/Suzette V. Sims

Suzette v. Sims, Esquire
I.D. No. 210355
svsims@mqblaw.com
811 University Drive
State College, PA 16801
Phone: (814) 238-4926
Attorneys for Defendant
Anadarko E&P Onshore LLC