# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES RICE KENDALL, et al.** | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:16-1182 |
| v. | : | (JUDGE MANNION) |
| **ANADARKO E&P ONSHORE LLC, et al.** | : | |
| | : | |
| Defendants | : | |
| | : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Anadarko's motion for summary judgment (Doc. 40) is **DENIED**;

**(2)** Wallis Run's motion for summary judgment (Doc. 52) is **DENIED**;

**(3)** Plaintiffs' motion for partial summary judgment (Doc. 54) is **DENIED**; and

**(4)** Plaintiffs' quiet title claim against Anadarko and Wallis Run is **DISMISSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 26, 2019**
O:\MANNION\SHARED\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1182-02-ORDER.DOCX