# EXHIBIT LISTING

Abbreviated Name of Case: Kendall, et al. v. Anadarko E&P Onshore LLC, et al.

Case No.: 3:16-cv-01182-MEM

Name of party submitting this list: Defendant, Anadarko E&P Onshore LLC

(Judge's trial notes: vertical lines equal ditto marks throughout; W equals witness)

| Exhibit Initial and No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| | **Chain of Title to the 231 Acre Tract** referenced at ECF No. 22-2, pp. 2-7 | | | | |
| | Rothrock to Lentz, Deed Book 37, Page 257, July 31, 1854 | 7/31/1854 | | | |
| | Peters to Mayer, Deed Book 37, Page 236, June 2, 1855 | 6/2/1855 | | | |
| | Peters to Mayer, Deed Book 37, Page 232, June 23, 1855 | 6/23/1855 | | | |
| | Peters to Mayer, Deed Book 37, Page 233, July 10, 1855 | 7/10/1855 | | | |
| | Mayer to McCawley, Deed Book 37, Page 437, December 20, 1855 | 12/20/1855 | | | |
| | Peters to Mayer, Deed Book 41, Page 102, December 20, 1858 | 12/20/1858{typo on chain of title?} | | | |
| | McCawley to Whitaker, Deed Book 38, Page 652, October 9, 1857 | 10/9/1857 | | | |
| | Whitaker to Martin, Deed Book 38, Page 653, October 9, 1857 | 10/9/1857 | | | |

| Exhibit Initial and No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| | Martin to Kelly, Deed Book 59, Page 590, September 21, 1869 | 9/21/1869 | | | |
| | Kelly to Curtin, Deed Book 79, Page 209, April 26, 1877 | 4/26/1877 | | | |
| | Timothy, Kelly to Kelly, Deed Book 80, Page 652, January 23, 1878 | 1/23/1878 | | | |
| | Wilson to Fitzpatrick, Deed Book 98, Page 493, August 23, 1883 | 8/23/1883 | | | |
| | Curtin to Fitzpatrick, Deed Book 121, Page 310, July 1, 1889 | 7/1/1889 | | | |
| | Fitzpatrick to Thomas Foundation, Deed Book 153, Page 577, September 15, 1894 | 9/15/1894 | | | |
| | Morley, et al. to Morley, Deed Book 242, Page 112, March 3, 1921 | 3/3/1921 | | | |
| | Cummings to Morley, Deed Book 242, Page 111, April 12, 1921 | 4/12/1921 | | | |
| | Morley to Morley, Deed Book 244, Page 334, December 9, 1921 | 12/9/1921 | | | |
| | Evans to Wallis Run Hunting Club, Deed Book 299, Page 30, November 9, 1936 | 11/9/1936 | | | |
| | **Chain of Title to the 100 acre tract** referenced at ECF No. 22-3, pp. 2-8 | | | | |
| | Rothrock to Lentz, Deed Book 37, Page 257, July 31, 1854 | 7/31/1854 | | | |
| | Peters to Mayer, Deed Bok 37, Page 236, June 2, 1855 | 6/2/1855 | | | |
| | Peters to Mayer, Deed Book 37, Page 232, June 23, 1855 | 6/23/1855 | | | |
| | Peters to Mayer, Deed Book 37, Page 233, July 10, 1855 | 7/10/1855 | | | |
| | Mayer to McCawley, Deed Book 37, Page 437, December 20, 1855 | 12/20/1855 | | | |

| Exhibit Initial and No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| | McCawley to Meier, Deed Book 38, Page 776, October 1, 1857 | 10/1/1857 | | | |
| | Peters to Mayer, Deed Book 41, Page 102, December 20, 1858 | 12/20/1858 | | | |
| | Meier to Meyer, Deed Book 64, Page 498, June 12, 1871 | 6/12/1871 | | | |
| | Meyer to Meyer via Will, Will Record 4, Page 267 | | | | |
| | Meyer to O'Connor, Deed Book 87, Page 67, August 22, 1879 | 8/22/1879 | | | |
| | O'Connor to Cox, Deed Book 141, Page 73, September 1, 1888 | 9/1/1888 | | | |
| | Cox to King, Deed Book 140, Page 476, April 30, 1894 | 4/30/1894 | | | |
| | King to King, Deed Book 200, Page 587, July 18, 1907 | 7/18/1907 | | | |
| | Hill to Peaslee, Deed Book 281, Page 43, June 11, 1928 | 6/11/1928 | | | |
| | Peaslee to Updegraff, Deed Book 281, Page 44, December 8, 1930 | 12/8/1930 | | | |
| | Updegraff to Updegraff via Will, Will Record 24, Page 389 (Date of Death: April 21, 1936) | | | | |
| | Shorkley to Shorkley, intestate estate March 28, 1937 | 3/28/1937 | | | |
| | Melhuish, intestate, unknown date | | | | |
| | Updegraff/Shorkley to Wallis Run Hunting Club, Deed Book 337, Page 186, June 27, 1939 | 6/27/1939 | | | |
| | Wallis Run Hunting Club, Inc. to Wallis Run Hunting Club, Inc., Deed Book 3232, Page 229, February 13, 1999 | 2/13/1999 | | | |
| | | | | | |
| | | | | | |
| | Cascade Twp, Plunkets Creek Township Map, ECF No. 41, p. 9 of 165 | | | | |

| Exhibit Initial and No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| | John Brown Warrant, ECF No. 41, p. 12 of 165 | | | | |
| | John Brown Warrant survey, ECF No. 41, p. 14 of 165 AEP17 | 10/17/1792 | | | |
| | Deed plot of John Brown Warrant, ECF No. 41, pp. 15-16, AEP18-19 | | | | |
| | Original title opinion of Bruce Rudoy, Oct. 26, 2010, AEP28-51 | 10/26/2010 | | | |
| | McCawley to Meyer Deed and Deed Plot, AEP60-61 ECF No. 41, pp. 57-59 | 3/13/1857 | | | |
| | McCawley to Whitaker and Deed Plot, ECF No. 41, pp. 60-63, AEP64-65 | 3/13/1857 | | | |
| | McCawley to Meier Deed and Deed Plot, ECF No. 41, pp. 63-65, AEP66-68 | 10/1/1857 | | | |
| | Meyer to Proctor Deed, ECF No. 41, pp. 66-68, AEP69-71 | 5/30/1871 | | | |
| | Proctor to Elk Tanning Deed, ECF No. 41, pp. 69-110, AEP 72-113 | 10/2/1894 | | | |
| | Elk Tanning Co to Central PA Lumber Co., ECF No. 41, pp. 111-113, AEP114-116 | 5/25/1903 | | | |
| | Central PA Lumber Co. to M. T. Milner Deed, ECF No. 41, pp. 114-115, AEP117-118 | 12/14/1904 | | | |
| | Wallis Run Hunting Club, Inc. to Wallis Run Gas and Oil, Inc. Deed, ECF No. 41, pp. 116-119, AEP119-122 | 7/7/2011 | | | |
| | | | | | |
| | Expert Report and CV of William Hoffmeyer (for Anadarko), ECF No. 46, pp. 7-35 | 9/19/2017 | | | |
| | Expert Disclosure (Memorandum and Title Opinions) and CV of Bruce Rudoy (for Anadarko), ECF No. 46, pp. 36-111 | 1/25/2016, 10/26/2010, 5/27/14 | | | |
| | Supplemental expert report of Bruce F. Rudoy, Esquire, dated November 16, 2017, ECF No. 47, pp. 1-35 | 11/16/2017 | | | |

| Exhibit Initial and No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| | 2007 Paid Up Oil and Gas Lease between Wallis Run Hunting Club, Inc. and Chesapeake Appalachia LLC, ECF No. 48, pp. 2-6 (Wallis Run Bates 1-5) | 8/7/2007 | | | |
| | 2002 Oil and Gas Lease between Wallis Run Hunting Club, Inc. and the Philips Production Co., ECF No. 48, pp. 7-10 (Wallis Run Bates 6-9) | 7/29/2002 | | | |
| | Warranty Registry, ECF No. 49, p. 36 of 235, (Wallis Run Bates 310) | | | | |
| | Patent Index, ECF No. 49, p. 38 of 235, (Wallis Run Bates 312) | | | | |
| | John Brown Survey, ECF No. 49, pp. 40-41, (Wallis Run Bates 314-15) | 6/13/1792 | | | |
| | Wallis Run source instruments for chain of title, collectively, ECF No. 49, pp. 37-235, (Wallis Run Bates 311-509) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |