William F. Hoffmeyer [1,2,3,4]
Robert L. Buzzendore
Karen Semmelman, Retired

1 Member of American College of Real Estate Lawyers
2 Expert Witness: Real Estate Title & Malpractice Issues
3 Best Lawyers (7 years)
4 Super Lawyers (15 years)

Office Locations
30 North George Street, York, PA 17401 Tel: (717) 846-8846 (Main)
73 East Forrest Avenue, Shrewsbury, PA 17361 Tel: (717) 235-6133*
87 South Main Street, Mount Wolf, PA 17347 Tel: (717) 347-LAW1*
Diehl Funeral Home and Cremation Center, Inc.
All Locations are Wheelchair Accessible

www.hoffsemm.com info@hoffsemm.com Fax: 717-852-8780

Valerie Haight
Alison Liebgott
Support Professionals

Marci J. Heidelbaugh
Office Manager

Tammy L. Koski
Bookkeeper

Please direct all correspondence to the York Office.

*By appointment only.

In reply please refer to file no. below.

#15073-02

September 19, 2017

John A. Snyder, Esquire
McQuaide Blasko, Inc.
811 University Drive
State College, Pennsylvania 16801-6624

Re: Charles Rice Kendall and Ann P. Hochberg, as Trustees for the Thomas E. Proctor Heirs Trust, and Bank of America, N.A., and John J. Slocum, Jr., as Trustees for the Margaret O. F. Proctor Trust v. Anadarko E&P Onshore LLC, Wallis Run Hunting Club, Inc., and Wallis Run Gas and Oil, Inc.

Dear Mr. Snyder:

You have requested that I provide you with an opinion as to whether the Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc. hold rights in oil and gas rights under property owned by the Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc. which were derived from the John Brown Warrant which are superior to rights claimed by the plaintiffs in the case, based upon their derivation of ownership of the oil, minerals, and gas rights from Thomas E. Proctor.

**Materials and Resources Consulted.**

In formulating an analysis of this case, I have reviewed numerous deeds and leases which were presented to me in order to evaluate this case and render an opinion. The deeds which are strictly pertinent will be referenced below.

**Facts.**

This opinion involves, for the purposes of the analysis, three parcels of land situate in the Township of Cascade, County of Lycoming, Commonwealth of Pennsylvania. All three were

derived from, and compose the totality of, the John Brown Warrant, which contained allegedly 407.75 acres.

The last person to own all 407.75 acres was a John McCawley, who, in 1857, divided the Warrant into three parcels of land, as follows:

The western portion of the Brown Warrant which contained 107.5 acres, plus 6 percent allowance for roads, was conveyed to F. W. Meier by deed dated October 1, 1857, and recorded January 22, 1858. This deed recited that this portion "being taken off the west end of said tract warranted in the name of John Brown".

The middle portion was conveyed by deed dated March 30, 1857, and recorded May 20, 1857, to Conrad Whitaker and contained "212 acres strict measure, the same being a middle portion of the tract surveyed in the warranted name of John Brown".

The eastern portion of the John Brown Warrant was conveyed by deed dated March 30, 1857, and recorded May 15, 1857, to John Meyer. It stated that it contained 100 acres, plus 6 percent allowance, although the deed plotting of that parcel would suggest that the total acreage is almost double the 100 acres.

If you add the actual stated acreage, as set forth in the deeds, of the three parcels, the result is 419.5 acres, which, in my opinion, to a reasonable degree of professional certainty, considering the time at which these deeds were prepared and, specifically, the time in history in which the descriptions were prepared, I feel is inconsequential and within the framework of reasonable modification.

I am going to specifically direct my attention to the land described as the eastern portion of the John Brown tract and which was specifically designated by all the deeds to which I had access as containing 100 acres, although the description in all the deeds to which I had access indicated, when plotted, that that parcel contained approximately 200 acres.

Eventually, the land, described as the eastern portion of the John Brown Tract, was acquired by Thomas E. Proctor (about whom I will discuss later), who conveyed approximately 52,889 acres to the Elk Tanning Company by his deed dated October 2, 1894. The specific land in question, which contains the gas, oil, and mineral rights which are claimed by the Proctor family, is listed on that deed as Tract number 23. The description is identical to the description of the deed into John F. Meyer and his wife and recites that John F. Meyer and his wife, by their deed to Thomas E. Proctor dated May 30, 1871, and recorded in the Recorder of Deeds, in and for the County of Lycoming, in Deed Book 3P, Page 413, granted and conveyed same unto Mr. Proctor. The description, as the previous descriptions for this tract, stated that it contained 100 acres and allowance of 6 percent, "be the same more or less" even though the description, when plotted, would present an area almost double that amount.

The John Brown Warrant itself calls for 407.75 acres and allowance. If you plot that description, it plots as 432.45 acres. However, if you multiply 407.75 by .06 (the amount of the stated allowance on the various deeds), that would equal 432.1 acres.

I was provided with a draft of a tract of land situate adjoining lands of Alex Wilcocks and others in Loyalsock Township, Northumberland County, surveyed on the 17th day of October, 1792, for John Brown by virtue of a warrant bearing date the 13th day of June, 1792, containing 407.75 acres with the allowance of 6 percent for roads, etc. This survey was prepared by John J. Wallis, L.S., and was addressed "to Daniel Broadhead, Esquire, Surveyor General". The survey also indicated that it was now in Lycoming County, as opposed to Northumberland County. There is also a statement on the plan indicating that the Secretary of Internal Affairs stated that "the above [survey] is a copy of the original remaining on file in the Department of Internal Affairs of Pennsylvania, made conformably to an act of assembly approved the 16th day of February, 1833..." and the Secretary of Internal Affairs had certified the above on July 6, 1897.

Further, I was supplied with a plan showing all of the warrants, i.e., inter alia, in the same area as the John Brown Warrant, and each of these warrants was indicated to contain 407.75 acres.

Finally, with regard to this type of document presented to me, I was presented with a copy of the Lycoming County tax map for Cascade Township, Plunketts Creek Township, which indicated that parcel number 101 contained 331.9 acres and parcel 101 contained 120.6 acres.

Eventually the Elk Tanning Company, by a deed dated May 25, 1903, granted and conveyed numerous tracts of land, including parcel "FIFTH:..." Warrants and parts of Warrants as follows: - John Brown, 100 acres, inter alia, to Central Pennsylvania Lumber Company. The deed recited that it, "containing 51,236 acres of land, more or less, situate in Cascade, Cogan, House, Gamble, Jackson, Lewis, McIntyre, McNett, and Plunketts Creek Townships, and being part of the same land conveyed and more particularly mentioned and described in deed from T. E. Proctor and wife to the Elk Tanning Company, dated October 2, 1894, and recorded in Lycoming County in Deed Book 6T, Page 398, on January 23, 1895, et. al."

Central Pennsylvania Lumber Company, by its deed dated December 14, 1904, and recorded July 15, 1918, conveyed as the "second" parcel land containing 111.25 acres, more or less, and being part of the John Brown survey. What is very interesting in this deed is that the description set forth in the deed has changed significantly. In the deed from Thomas E. Proctor to Elk Tanning Company, parcel number 23, the description stated, "Beginning at a beech, original northeast corner of the tract in the warranty name of John Brown; thence south, 190 perch to beech, original southeast corner of the said tract; thence west, 173.5 perches to a post; thence north 190 perch to a post; thence east 173.5 perch to beech, the place of beginning, containing 100 acres and all allowances of 6 percent, be the same more or less". In the deed from Central Pennsylvania Lumber Company to M. T. Milnor, hereinabove referenced, the description which now contains 111.25 acres, more or less, states, "Beginning at a post the northeast corner of a tract in the warrantee name of John Brown; thence north 84 degrees 30 minutes west 90.0 perches to a post; thence south 5 degrees 30 minutes west, 196 perches to a post in the north line of the John Brown survey; then along said Brown survey, south 84 degrees 30 minutes east, 90.9 perches to a beech, the original southeast corner of said John Brown tract; thence north 5 degrees 30 minutes east 196 perches to the place of beginning." Obviously, between the time that Thomas E. Proctor conveyed said tract of land into Central Pennsylvania Lumber Company and the time that it conveyed the land into M. T. Milnor, there had evidently been a new survey.

It is important to understand the financial machinations that took place in the 1700s and 1800s with regard to the northern tier of Pennsylvania and the manner in which that created property descriptions that did not potentially or realistically comport with reality.

In the Pennsylvania Bar Quarterly dated July, 2014, Volume LXXXV, No. 3, beginning on page 106, there is an excellent article by Attorneys Lester L. Greevy, Jr. and John A. Shoemaker, who practice in Williamsport, Pennsylvania, and who in their article, **Shale Gas Ownership – Tax – Sale Title; An Historical Perspective of the Pennsylvania Title Wash**, they set forth the history of the title wash essentially being controlled by "Debt, Corruption, and Land Speculation".

On page 107 of the aforementioned issue of the Pennsylvania Bar Association Quarterly, the second page of the aforementioned article, the authors state, "After the Revolution, the Commonwealth, via the Land Office and later the Surveyor General, continue to appropriate public lands to private individuals in much the same way as the proprietors had done. First, one applied to the Commonwealth for a warrant, which entitled the warrantee to survey a tract of vacant land approximately conforming to the acreage prescribed by the warrant, generally locating his tract 'where the said applicant shall think fit'. Typically, warrants did not restrict the location of the tract. Because of this, because the land remained unsettled frontier, and because the money value of the land was so low, the fraudulent practice of 'chamber' or 'chimney' surveying arose; no physical survey was made on the land and no corners or boundaries were marked; instead the surveyor 'surveyed' the land by marking a map in the warmth of his chamber near the chimney."

As you will note on the attached exhibit indicating the location of the John Brown Warrant, as well as numerous warrants all in the same general location, they all contain 407.75 acres. Obviously this map was drawn, probably, in a warm chamber.

It is also important to remember that the area in question consisted of very dense woodland. The main value in this woodland as stated in the referenced article, was the bark, particularly hemlock bark, which was used in tanning leather, which was an extremely valuable commodity at this time.

On page 111 of the Quarterly, the authors indicate that, "A large portion of the bark and the lumber lands were owned by a few families, including Proctor...In 1893 they consolidated their land holdings and created the U.S. Leather Company, one of the first 12 Dow Jones companies. Their goal was to corner the hemlock bark market and the cattle hide tanning market along with it. They succeeded."

The various deeds that have been brought to my attention in the chain of title have varying degrees of acreage all within, in my opinion, to a reasonable degree of professional certainty, reasonable tolerance as a result of, one, the original survey most likely never having been done on the land, and, two, the extreme difficulty with the surveying instruments in that day and age of surveying heavily-timbered land. As the timber was removed in order to obtain access to the bark, it would have become easier, over a period of a number of years, to perform a better survey than previously performed, although not necessarily extremely accurate. It is my opinion, to a reasonable degree of professional certainty, miniscule deviations in acreage was caused by the

various and sundry attempts to survey the land in question.

Under any circumstances, the amount of acreage has essentially remained entirely consistent, i.e., **100 acres**. It is my opinion, to a reasonable degree of professional certainty, that when you analyze the three deeds out of McCawley, it was the obvious intent to convey no more than was designated in the Brown Warrant. If there had been a specific intent to convey the acreage that was specifically set forth in the deeds from McCawley, McCawley would never have conveyed three tracts out of the John Brown Warrant, but, in my opinion, to a reasonable degree of professional certainty, would have only conveyed two tracts since to convey any more than two tracts using the actual descriptions, would have exceeded the amount of land available in the Brown Warrant.

From the information provided to me, there has evidently never been any attempt by any of the owners of the land comprised or contained in the John Brown Warrant to dispute the amount of acreage that each of them acquired, in spite of discrepancies in the legal descriptions. It is further my opinion, to a reasonable degree of professional certainty, that if none of the owners had made any attempt to dispute the amount of acreage to which they are entitled, in spite of the discrepancy in the descriptions, for a period in excess of 160 years, it is my opinion, to a reasonable degree of professional certainty, that any attempt by the Proctor heirs at this time to assert a claim to more land than the 100 acres contained in the deed in question, would not be successful.

**Legal Research.**

I have reviewed a number of cases in the process of analyzing the fact situation in this matter in formulating my opinion, including, but not limited to, the cases of *Wilkes-Barre Township School District v. John B. Corgan*, *Stewart v. Chernicky*, *Empire Coal Mining & Development, Inc. v. Department of Environmental Resources*, *Hindman v. Farren*, and *Maxwell v. Saylor*.

The principles of law, which I have determined from the legal research performed by me, are applicable to the facts at hand, as follows:

1. The intention of the parties, with regard to the interpretation of the deed, is the ultimate guide by which all deeds must be interpreted.

2. It is the intention of the parties which is the ultimate guide, and, in order to ascertain that intention, the court may take into consideration the surrounding circumstances, the situation of the parties, the objects they apparently have in view, and the nature of the subject-matter of the agreement.

3. Construction of a deed must be governed by the intention of the parties at the time of the transaction, as gathered from a reading of the entire deed; if the deed is ambiguous, then all of the attending circumstances at the time of execution should be considered to aid in determining the object of the parties.

4. In construing [this] deed, it is the intention of the parties at the time of the transaction

that governs, that such intention is to be gathered from a reading of the entire deed. If the deed is ambiguous, then all of the attending circumstances existing at the time of the execution of the instrument should be considered to aid in determining the apparent object of the parties.

5. In construing a deed or a contract, certain general principles must be kept in mind. First, it is the intention of the parties at the time of entering in hereto that governs, and that such intention is to be gathered from a reading of the entire contract. Contracts must receive a reasonable interpretation, according to the intention of the parties at the time of executing them, if that intention can be ascertained from their language. Where the language of a contract is contradictory, obscure, or ambiguous, or where its meaning is doubtful, so that it is susceptible to constructions, one of which makes it fair, customary, and such as prudent men would naturally execute, while the other makes it inequitable, unusual, or such as reasonable men would not be likely to enter into, the interpretation which makes a rational and probable agreement must be preferred. If one construction would make it unreasonable, while another would do justice to both parties, the latter will be adopted.

In reviewing the deeds to the parcel of land over which the controversy has been created by the Proctor heirs, from day one the deed from McCawley stated that the amount of land transferred was 100 acres, with 6 percent allowance, more or less. That terminology, essentially, has never changed in all subsequent deeds for that parcel of land.

If the legal descriptions set forth in the three McCawley deeds had taken precedence over the amount of acreage set forth in each of the McCawley deeds, the total land involved would have been significantly greater than the amount of the John Brown Warrant.

Since all three properties essentially recognize, and are consistent with, the north-south distance of 190 perch, it is the east-west distances that are obviously incorrect, otherwise the descriptions for all three lands would have extended far beyond the boundaries of the John Brown Warrant into other adjoining warrants.

I have not received any information to suggest that over the many years since the three tracts of land were conveyed by McCawley, that there has ever been any dispute between the owners of the three parcels as to the property lines which would, apparently, comport with the amount of acreage designated in each deed as opposed to the legal descriptions set forth in each deed.

I have not been advised that there had been any Actions to Quiet Title initiated by the owners, at any time in history, of the three tracts of land conveyed by McCawley, there have been no Ejectment Actions initiated by any of those owners against any of the other owners of the three tracts of land, there have been no Corrective Deeds specifically designated to revise the basic amount of acreage required and designated and set forth in the three respective deeds, and, in fact, I have received no advice that

there has ever been any litigation between the owners of the respective three tracts of land.

6. In fact, the County of Lycoming in its tax assessment records and tax map recognize the basic acreages as set forth in those deeds with regard to its tax assessment of those parcels, i.e., parcels under which Anadarko, et. al., are claiming rights with regard to oil, gas, and minerals and with regard to the parcel of land over which, essentially, the Proctor family members claim the right to the oil, gas, and minerals.

In reviewing the case law concerning the interpretation of deeds, when there, in fact, is an obvious discrepancy or ambiguity between the amount of acreage and the description, and considering the number of years which have transpired since these deeds were executed and the property was sold by McCawley in 1857, it is my opinion, to a reasonable degree of professional certainty, that a court would take the position that the acreage controls over obviously what, in my opinion, are obvious discrepancies in the descriptions.

Very truly yours,

HOFFMEYER & SEMMELMAN, LLC

William F. Hoffmeyer, Esquire

WFH:ad
Enclosure




| REVISIONS | BY |
|---|---|
| | |

DATE PLOTTED:05-12-2005

KEY MAP

| | 192 | |
|---|---|---|
| 211 | 212 | 213 |
| | 232 | |

550 0 550 1100
SCALE IN FEET

# LYCOMING COUNTY
Pennsylvania

CASCADE TWP.
PLUNKETTS CREEK
TOWNSHIP

A-E



C-49-107
C-13-51
Sampson Levy
407 3/4
WI June 13 1792
Sd Oct 12 1792
C-115-44
Tench Francis
407 3/4
WI June 13 1792
Sd Oct 13 1792
C-49-100
Josiah Harmer
407 3/4
WI June 13 1792
Sd Oct 12 1792
C-93-51
George Tudor
407 3/4
WI June 13 1792
Sd Oct. 13 1792
a-84-245
Thomas Afflick
407 3/4
WI June 13 1792
Sd Oct 18 1792
a-83-191
Jonathan Mifflin
WI June 13, 1792
Sd Oct 18 1792
C-141-141
Alexander Wilcox
407 3/4
WI June 13 1792
Sd Oct 16 1792
C-225-224
Sarah Hollinshead
WI June 13 1792
Sd Oct. 18 1792
407 3/4
C-79-267
John Mifflyn
407 3/4
WI June 13-1792
Sd Oct. 18.1792
C-141-129
Thomas McKe
407 3/4
WI June 13
Sd Oct 19
John Brown
407 3/4
WI June 13 1792
Sd Oct 17 1792
a-22-274
Deed 38-301
Wm Williams
407 3/4
WI June 13-1792
Sd Oct 18-1792
C225-223
Sam'l. Morris
407 3/4
WI June 13-1792
Sd Oct 19-1792
C127-158
Wm. Bingha
407 3/4
WI June 13-
Sd Oct. 19-17
A22-26
John Barry
407 3/4
WI June 13 1792
Sd Oct 17 1792
Jas. Biddle
407 3/4
WI June 13-1792
Sd Oct 17-1792
C22-272
Robt Hiltzheimer
407 3/4
WI June 13-1792
Sd Oct 18-1792
C79-257
Henry Hil
407 3/4
WI June 13-
Sd Oct. 19-
C79-25
Patrick Burns
407 3/4
WI June 13 1792
Sd Oct 17 1792
Chas. Biddle
407 3/4
WI June 13-1792
Sd Oct 17-1792
A22-264
Wm Hiltzheimer
407 3/4
WI June 13-1792
Sd Oct 18-1792
C79-266
Sam'l. Mere.
WI June 13-
C127-
Plunketts Creek
East 372
North 186
g the Western
arrant
AE

# CURRICULUM VITAE
# FOR
# WILLIAM F. HOFFMEYER

## I. PERSONAL

A. Birthplace - York, Pennsylvania

## II. EDUCATION

A. Franklin & Marshall College, Lancaster, Pennsylvania (A.B.)

B. Dickinson School of Law, Carlisle, Pennsylvania (J.D.)

## III. ADMISSIONS TO BARS

A. York County Courts of Common Pleas, Pennsylvania Superior and Supreme Courts

B. U.S. District Court, Middle District of Pennsylvania

C. U.S. Supreme Court

## IV. LECTURER AND ADJUNCT PROFESSOR

A. Paralegal Program (Real Estate Law), Penn State University (York Campus), 1978-2000;

B. Real Estate Law, York College of Pennsylvania, York, Pennsylvania, 1980-1993;

C. Author, lecturer and course planner of numerous courses in the real estate field for the Pennsylvania Bar Institute of the Pennsylvania Bar Association; and for numerous county Bar Associations on real estate and unauthorized practice of law related subjects; National Business Institute, Sterling Educational Services, LLC, Lorman Education Services and Half Moon Educational Services on real estate, probate and will drafting subjects; various Boards of Realtors and accounting organizations on real estate and unauthorized practice of law subjects; and, the Pennsylvania Land Title Institute on real estate and unauthorized practice of law subjects, as well as Pennsylvania Bankers Institute. (See Addendum I)

## V. AUTHOR

A. "The Abstractor's Bible," 1981, 1985, 2010, 2014

B. "Pennsylvania Real Estate Installment Sales Contract Manual," 1981

C. "The Pennsylvania Real Estate Settlement Procedures Manual," 1984

D. "Contracts of Sale for Real Estate," 1986

E. "How to Plot a Deed Description," 1986

F. Numerous articles for various publications involved with his lectures pertaining to real estate law related matters, unauthorized practice of law related matters, responsibilities and liabilities of paralegals, and various articles on aspects of title insurance.

## VI. LAW FIRM AFFILIATION

A. Partner in the York, Pennsylvania law firm of Hoffmeyer & Semmelman, LLP, with offices located at 30 North George Street, York, Pennsylvania, with satellite offices at 73 E. Forrest Avenue, Shrewsbury, Pennsylvania, and 87 South Main Street, Mount Wolf, Pennsylvania.

## VII. ADJUNCT ORGANIZATIONS

A. Founder and Owner of York County, Pennsylvania's first full service title insurance agency, YACO, and York County, Pennsylvania's first full service real estate title search and real estate title research company, York Abstracting Company, both of which were founded in 1967.

## VIII. BAR ASSOCIATION COMMITTEE AFFILIATIONS

A. York County, Pennsylvania, Bar Association, Chairman, Realtor Liaison Committee, (1975-1976)

B. York County, Pennsylvania, Bar Association, Chairman, Continuing Legal Education Committee, (1992-1995)

C. Pennsylvania Bar Association, Chairman, Mechanics Lien Law Committee of the Real Property Section, (1991-1995)

D. Pennsylvania Bar Association, Chairman, Marketable Title Committee of the Real Property Section, (1992-1995)

E. Pennsylvania Bar Association, Chairman, Unauthorized Practice of Law Committee, (1992-2000); Co-Chairman (2000--)

F. Pennsylvania Bar Association, House of Delegates

G. American Bar Association.

H. Elected to Membership in the American College of Real Estate Lawyers in 1988

## IX. WHO'S WHO LISTINGS (Past and/or Current)

A. Who's Who in the World

B. Who's Who in American Law

C. Who's Who in American Education.

D. Who's Who in the East

E. Who's Who in America

F. Who's Who in Finance and Industry

## X. MUNICIPAL AND COUNTY REPRESENTATION

A. Solicitor for Springettsbury Township, York County, Pennsylvania, Zoning Hearing Board, (1968-2001)

B. Solicitor for Yoe Borough, York County, Pennsylvania, Zoning Hearing Board

C. Solicitor for York County, Pennsylvania, Tax Claim and Tax Assessment Office, (1979-1987)

## XI. EXPERT WITNESS

A. Expert witness throughout Pennsylvania on matters pertaining to real estate law, including attorney and title insurance agent malpractice, defects in title, as well as matters concerning the unauthorized practice of law.

## XII. AWARDS

A. Distinguished Service Award of General Alumni Association of the Dickinson School of Law - 1993.

B. The Pennsylvania Bar Association's highest honor, the Bar Medal, was awarded in 1997, for only the sixth time, to Attorney Hoffmeyer in recognition of his continuing efforts against the unauthorized practice of law.

C. Recognized as a "Super Lawyer" in Pennsylvania in the real estate law field by Law & Politics and the publishers of Philadelphia Magazine for 2005-

D. Selected to be included in the publication "The Best Lawyers in America" in 2011-

## XIII. NON-BAR ASSOCIATION AFFILIATIONS

A. First Chairman of the South-central Chapter of the Pennsylvania Land Title Association.

B. Past-President of the East York Lions Club.

C. Past-President of the York County Shrine Club.

D. Past-Chairman of the York Area Chamber of Commerce Small Business Support Network.

E. President of the York Chapter of Professional Referral Exchange Network Organization – 2016.

## ADDENDUM I.

The following are some examples of Attorney William F. Hoffmeyer's course planning, authorship and lecturing for various organizations:

*Residential Real Estate* -
Pennsylvania Bar Institute - 1982 - Author of section on "Settlement Procedures in Central Pennsylvania" - Lecturer.

*Attorney's Guide to Agricultural Real Estate Transactions* -
Pennsylvania Bar Institute - 1983 - Co-Course Planner, Author of Section on "Real Estate Settlement Procedures in Central Pennsylvania" - Lecturer.

*The Business of Agriculture* -
Pennsylvania Bar Institute - 1984 - Lecturer.

*Real Estate Practice* -
Pennsylvania Bar Institute - 1984 - Author of section on "Real Estate Settlement Procedures" - Lecturer.

*Residential Real Estate* -
Pennsylvania Bar Institute - 1986 - Course Planner - Author of section on "Settlement Procedures in Central Pennsylvania" - Lecturer.

*A Practical Approach to Liens on Real Estate* -
Pennsylvania Bar Institute - 1986 - Co-Course Planner - Author of section on "Mortgages" - Lecturer.

*Marketing Your Law Firm's Services*-
Pennsylvania Bar Institute - 1986 - Author of section on "Law Office Decor, A Marketing Tool" - Lecturer.

*Mortgage Foreclosures* -
Pennsylvania Bar Institute - 1987 - Author of section on "Pennsylvania Home Owners' Emergency Mortgage Assistance Act and Program" - Lecturer.

*Title Insurance and Closings*-
Real Estate Practice Statewide Institute - 1988 - Author and Lecturer.

*Real Estate Practice* -
Pennsylvania Bar Institute - 1988 - Author of section on "Real Estate Settlement Procedures in Central Pennsylvania" - Lecturer.

*Solving Real Estate Title Problems* -
Pennsylvania Bar Institute - 1989 - Co-Course Planner - Author of section on "Easements and Boundaries" - Lecturer.

*Pennsylvania Land Title Association* -
1989 Convention - Member of panel discussing problems in title insurance industry

*Representing Residential Landlords and Tenants* -
Pennsylvania Bar Institute - 1990 - Lecturer.

*How to Handle Discrimination Against Mobile Home Parks* -
American College of Real Estate Lawyers
Semi-annual Convention - 1990 - Lecturer.

*How to Handle Claims* -
Ticor Title Insurance Company - Annual Convention
1990 - Panel Member.

*Easements and Boundary Lines*-
Pennsylvania Land Title Association - 1991
Author and Lecturer

*Issues in Homeowners Associations and Condominium Owners Associations*-
Pennsylvania Bar Association Semi Annual Convention - 1991
Author - Lecturer

*Americans With Disabilities Act and Other Related Statutes*-
York County Bar Association - 1991 - Author and Lecturer

*Mortgage Foreclosures*-
Pennsylvania Bar Institute - 1991 - Author of Section on "Pennsylvania Homeowner's Emergency Mortgage Assistance Act" - Lecturer

*A Practical Approach to Residential Real Estate*-
Pennsylvania Bar Institute - 1992
Author on section entitled "Real Estate Agents and Brokers"- Lecturer

*Residential Real Estate*-
Pennsylvania Bar Institute - 1992
Author and Lecturer - Legal Practice Program

*Ethical Concerns in Today's Practice*-
Pennsylvania Bar Institute - 1992 - Lecturer.

*Annual Legal Practice Seminar - Real Estate Law Section*-
Pennsylvania Bar Institute - 1992 - Author of "Real Estate Settlement Procedures in Central Pennsylvania" - Lecturer

*Annual Law Practice Management Conference*-
Pennsylvania Bar Association - 1992 - Author of section on "Unauthorized Practice of Law" - Lecturer

*Ethical Issues for Real Estate and Business Lawyers*-
Pennsylvania Bar Institute - 1993 - Lecturer on "Ethical Concerns in Purchase/Acquisition Issues"

*Solving Real Estate Title Problems*-
Pennsylvania Bar Institute - 1993 - Co-Course Planner, Author of section on "Easements and Boundaries" - Lecturer

*Conflicts of Interest*-
York County Bar Association - 1993 - Author of section on "Ethical Issues in Real Estate Practice" - Lecturer

*Pennsylvania Legal Practice*-
Pennsylvania Bar Institute - 1993 - Author on subject "Some Conflict of Interest and Related Ethical Concerns for Real Estate Lawyers" - Lecturer.

*Pennsylvania Legal Practice*-
Pennsylvania Bar Institute - 1994 - Author on subject "Some Conflict of Interest and Related Ethical Concerns for Real Estate Lawyers" - Lecturer.

*Unauthorized Practice of Law*-
Pennsylvania Bar Association - 1994 - Solo and Small Practitioners Annual Conference - Lecturer on "Unauthorized Practice of Law"

*Easements and Right of Way*-
Penn Title Insurance company - 1994 - Lecturer

*Some Conflict of Interest and Related Ethical Concerns for Real Estate Lawyers*-
Pennsylvania Bar Institute - 1995 - Twenty-Second Annual Essentials of Pennsylvania Practice Institute - Author of section on "Conflict of Interest and Related Ethical Concerns for Real Estate Lawyers"; Lecturer on subject "Settlement Procedures".

*A Practical Approach to Residential Real Estate*-
Pennsylvania Bar Institute - 1995 - Author of sections on "Real Estate Brokers, Agents and Salespersons" and Author and Lecturer on section "Real Estate Settlement Procedures"; Co-Course Planner.

*Pennsylvania Land Title Association*-
1995 Annual Convention - Lecturer on the "Unauthorized Practice of Law"

*1995 Pennsylvania Bar Association Annual Meeting*-
Lecturer on "Ethical & Practical Issues in the Use & Supervision of Paralegals by Attorneys"

*1995 PBA Conference of County Bar Leaders*-
Panel Discussion on "Unauthorized Practice of Law and How Your County Can Deal With It."

*Unauthorized Practice of Law*-
Pennsylvania Bar Association - 1995 - Solo and Small Practitioners Annual Conference - Lecturer on "Unauthorized Practice of Law"

*Pennsylvania Bankers Association 1995 Compliance Academy*-
Author and Lecturer on "Title Insurance"

*1995 Pennsylvania Legal Practice*-
Pennsylvania Bar Institute - 1995 - Author on subject "Some Conflict of Interest and Related Ethical Concerns for Real Estate Lawyers" - Lecturer.

*Dickinson School of Law*-
Lecture to Professional Responsibility Class on the "Unauthorized Practice of Law" - 1995

*General Practitioners' Update*-
Pennsylvania Bar Institute - 1995 - Moderator of all day live television satellite program; Lecturer on "Update of Real Estate Law".

*General Practitioners' Update*-
Pennsylvania Bar Institute - 1996 - Moderator of all day live television satellite program; Lecturer on "Update of Real Estate Law".

*A Practical Approach to Liens on Real Estate*-

Pennsylvania Bar Institute - 1996 - Co-Course Planner; Author of revised chapter on "Ownership"; original Author of the chapter "Mortgages"; Lecturer on subject "Ownership".

*Pennsylvania Bankers Association 1996 Compliance Academy*-

Author and Lecturer on "Title Insurance"

*Unauthorized Practice of Law*-

T.A. Title Insurance Company - 1996 - Fall Agent Seminar - Lecturer

*Residential Real Estate Documents*-

Pennsylvania Bar Institute - 1997 - Co-Course Planner - Lecturer on "Deeds". Co-Course Planner - Moderator for video taped program - Lecturer on "Deeds."

*General Practitioners' Update*-

Pennsylvania Bar Institute - 1997 - Course Planner and Moderator of all day live television satellite program; Lecturer on "Update of Real Estate Law".

*A Practical Approach to Liens on Real Estate*-

Pennsylvania Bar Institute - 1997 - co-course planner; Author of revised chapter on "Ownership"; original Author of the chapter "Mortgages"; Lecturer on subject "Ownership".

*Unauthorized Practice of Law*-

Pennsylvania Bar Institute - 1997 - Pennsylvania Bar Association annual convention - Moderator and Lecturer on "Examples of Current Claims".

*Unauthorized Practice of Law*-

Pennsylvania Bar Association - 1997 - Support Staff Seminar - Lecturer on "Unauthorized Practice of Law."

*Pennsylvania Bankers Association*-

1997 - Compliance Academy - Author and Lecturer on "Title Insurance."

*A Practical Approach to Liens on Real Estate*-

PBI - 1998 - Lecturer, Co-Course Planner

*Residential Real Estate Documents*-

Pennsylvania Bar Institute - 1998 - Co-Course Planner - Moderator for video taped program - Lecturer on "Agreement of Sale."

*Unauthorized Practice of Law*-

Pennsylvania Bar Association - 1998 - South Central Pennsylvania Bar Institute for Certified Public Accountants - Moderator and Lecturer on the unauthorized practice of law.

*Unauthorized Practice of Law*-

Pennsylvania Bar Institute - 1998 - Annual Real Estate Institute. Keynote speaker "How To Prevent The Unauthorized Practice of Law."

*General Practitioners Update*-

Pennsylvania Bar Institute - 1998 - Course Planner and Moderator of all day live television satellite program; lecturer on "Update of Real Estate Law."

*Mortgage Foreclosure-*
Pennsylvania Bar Institute - 1998 - Author and Lecturer on "Act 6 and Act 91."

*Pennsylvania Bankers Association-*
1998 Compliance Academy - Author and Lecturer on "Title Insurance."

*General Practitioners Update-*
Pennsylvania Bar Institute - 1999 - Course Planner and Moderator of all day live television satellite program; lecturer on "Update of Real Estate Law."

*Pennsylvania Land Title Association 1998-*
Lecturer on "Title Insurance Agents and the Unauthorized Practice of Law

*Unauthorized Practice of Law-*
York County Bar Association - 1999 - Lecturer

*Residential Real Estate Documents-*
Pennsylvania Bar Institute - 1999 - Co-Course Planner, Moderator, Lecturer on "Agreements of Sale."

*Unauthorized Practice of Law-*
Pennsylvania Bar Association - 1999 - Family Law Section - Moderator, Course Planner & participant on panel concerning "The Effect of Unauthorized Practice of Law on the Practice of Family Law."

*General Practitioners Update-*
Pennsylvania Bar Institute - 2000 - Course Planner and Moderator of all day live television satellite program; lecturer on "Update of Real Estate Law."

*Ethics Consideration for Title Insurance Agents and Attorneys-*
Pennsylvania Land Title Association - 2000 - Lecturer

*Practical Approach to Liens on Real Estate-*
Pennsylvania Bar Institute - 2000 - Course Planner, Author and Lecturer on Ownership, original author on Mortgages.

*Ethics Potpourri Seminar-*
Pennsylvania Bar Institute - 2000 - Lecturer - Update on activities of the Pennsylvania Bar Association's Unauthorized Practice of Law Committee.

*Real Estate Ownership Issues AND Rights-of-Way, Boundary Line and Party Wall Issues-*
Pennsylvania Title Insurance Institute and Chicago Title Insurance Company - 2000 - Author/Lecturer

*Unauthorized Practice of Law Committee As It Relates to Paralegals-*
Pennsylvania College of Technology - 2000 - Lecturer

*General Practitioners Update-*
Pennsylvania Bar Institute - 2001 - Course Planner and Moderator of all day live television satellite program; lecturer on "Update of Real Estate Law."

*Practical Approach to Liens on Real Estate-*
Pennsylvania Bar Institute - 2001 - Course Planner, Author and Lecturer on □Ownership, original author on □Mortgages.

*Ethics Potpourri Seminar-*
Pennsylvania Bar Institute - 2001 - Lecturer - Update on activities of the Pennsylvania

Bar Association's Unauthorized Practice of Law Committee.

*Unauthorized Practice of Law-*
Lebanon County Bar Association - 2001. Course Planner and Lecturer on How to Prevent the Unauthorized Practice of Law.

*Pennsylvania Land Title Institute 2001-*
Course planner and lecturer on how to prevent violation of the Pennsylvania Unauthorized Practice of Law Statute by title insurance agents.

*Practitioners Update-*
Pennsylvania Bar Institute - 2002. Course Planner and Moderator of all day live television satellite program; lecturer on "Update of Real Estate Law" during satellite program as well as in Philadelphia and Pittsburgh before live audiences.

*Ethics potpourri seminar-*
Pennsylvania Bar Institute - 2002. Lecturer, update on activities of the Pennsylvania Bar Association's Unauthorized Practice of Law Committee.

*Unauthorized Practice of Law-*
Pennsylvania Bar Association - 2002 - Conference of Bar Leaders, Member of Panel and Lecturer concerning the prevention of the unauthorized practice of law.

*Practitioners Update-*
Pennsylvania Bar Institute - 2003. Course Planner and Moderator of all day live television satellite program; lecturer on "Update of Real Estate Law" during satellite program as well as in Atlantic City before live audience.

*Easements, Boundary Line Disputes and Party Walls-*
Northumberland County Bar Association 2003. Lecturer and author.

*Ethics potpourri seminar-*
Pennsylvania Bar Institute - 2003. Lecturer, update on activities of the Pennsylvania Bar Association's Unauthorized Practice of Law Committee.

*Unauthorized Practice of Law-*
Berks County Bar Association – 2003. Update on current status of unauthorized Practice of law enforcement.

*Unauthorized Practice of Law*
Pennsylvania Bar Association-2003-Conference of Bar Leaders, member of panel and lecturer concerning the prevention of the unauthorized practice of law.

*Pennsylvania Real Estate Title Law*
National Business Institute-2003. Lecturer on the subject of title insurance and ethical considerations for the real estate attorney, as well as lecturer and author of the subject Title Examination, Title Insurance Commitments/Abstracts of Title/Surveys in addition to participating throughout the seminar on the subjects of the Purchase Agreement, Closing Protection Letters, Curing Title Problems and Access and Road Issues.

*Practical Real Estate Title Skills*
HMS Continuing Legal Education, a division of Half Moon, LLC-2004. Author and lecturer on the subjects of Boundary Lines and Constructing a Chain of Title.

*Unauthorized Practice of Law*
Pennsylvania Bar Association-2004-Conference of Bar Leaders, member of panel and

lecturer concerning the prevention of the unauthorized practice of law.

*Real Estate Purchase and Sale Transactions*
Sterling Educational Services-2004-lecturer and author on the Process Begins-Tying Up The Property and the Purchase Sale Agreement, as well as participant in balance of subjects pertaining to Title Insurance and Ethics.

*The Paralegal's Role in Real Estate Transaction in Pennsylvania*
Institute of Paralegal Education, a division of NBI, Inc.-2004-Lecturer and author on the subjects: Overview of the Paralegal in Real estate; Abstraction of Title/Interest in Real Property, Residential Mortgages.

*Unauthorized Practice of Law*
Jefferson County Bar Association-2004. Update on current status of unauthorized practice of law enforcement and suggestions on how the county Bar Association can enforce the unauthorized practice of law statutes of the Commonwealth of Pennsylvania against those engaged in the unauthorized practice of law.

*General Practitioners Update*
Pennsylvania Bar Institute-2004. Moderator of all day live television satellite program; lecturer on "Update of Real Estate Law" during satellite program.

*Cumberland County Bar Association*
2004-lecturer on "How to Prevent the Unauthorized Practice of Law".

*Pennsylvania Bar Association,*
Family Law Section-2004-author and lecturer on subject "How to Prevent and Combat the Incursion of Non-Attorneys into the Practice of Family Law".

*Pennsylvania Bar Institute*
2004-Ethics Potpourri-author and lecturer on "How to Prevent the Unauthorized Practice of Law".

*Unauthorized Practice of Law*
Berks County Bar Association-2004-author and lecturer on "How to Prevent the Unauthorized Practice of Law".

*"Pennsylvania Real Estate Title Law"*
National Business Institute 2004-lecture for entire day seminar, author on the subjects: "Title Insurance" and "Residential and Commercial Title Examination".

*"Oddities and Challenges in Pennsylvania Probate Law*
National Business Institute, Inc. 2004-lecture for entire day seminar, author on the subjects: "Who is in Charge (Removal and Death of Personal Representative and Out-of-Pocket Personal Representative)", Assets (Determining the Type of Assets Owned by the Decedent and How to Manage Them)" and "Real Property (How to be Managed and Handled in the Estate of a Decedent)"

*"Meeting the Challenges of Pennsylvania Real Estate Titles and Title Insurance"*
National Business Institute, Inc. 2005-lecture for entire day seminar, author on the subject "The Anatomy of a Real Estate Title".

*"Unauthorized Practice of Law"*
Pennsylvania Bar Association-2005-Conference of County Bar Leaders, member of panel and lecturer concerning the prevention of the unauthorized practice of law.

*"Unauthorized Practice of Law"*
Delaware County Bar Association-2005-author and lecturer on subject "How to Prevent

the Unauthorized Practice of Law in Real Estate Matters".

*"Unauthorized Practice Law"*

Montgomery County Bar Association-2005-moderator and lecturer on subject "How to Prevent the Unauthorized Practice of Law".

*"General Practitioner's Update"*

Pennsylvania Bar Insitute-2005. Moderator of all day live television satellite program; author and lecturer on "Update of Real Estate Law" during satellite program.

*"How to Draft Effective Wills and Trusts for Your Clients in Pennsylvania"*

National Business Institute-2005-author of section "Practical Aspects of Drafting a Basic Will" and lecturer during the entire all-day program.

*"Curing Residential Real Estate Title Defects"*

National Business Institute – 2006 – Author of section "Court Recognizing and Curing Common Title Defects" and lecturer during the entire all-day program.

*"Pennsylvania Real Estate Title Issues"*

Half Moon, LLC – 2006 – Author and lecturer of the section "Handling Problems of Identity, Capacity and Authority to Execute Real Estate Documents".

*"Understanding Title Insurance and Title Insurance Policies"*

York County Bar Association – 2006 - Author and lecturer for program.

*"Warrants, Patents and Origins of Title in Pennsylvania"*

The Security Title Guarantee Corporation of Baltimore – 2006 – Author and lecturer.

*"How Not To Engage In The Unauthorized Practice of Law"*

Central Pennsylvania Paralegal Association – 2006 – Author and lecturer.

*"Reading and Interpreting Deeds"*

Assessors Association of Pennsylvania – 2006 – Author and lecturer.

*"How to Prevent the Unauthorized Practice of Law"*

County Conference of Bar Leaders of the Pennsylvania Bar Association – 2006 – Author and lecturer.

*"General Practitioner's Update"*

Pennsylvania Bar Institute – 2006 – Moderator of all day live television satellite program; author and lecturer on "Updated Real Estate Law" during satellite program.

*"How to Read and Interpret Deed Descriptions"*

Half Moon Educational Seminar– 2006 – Author and lecturer and panel member for all day seminar.

*"How to Prevent the Unauthorized Practice of Law"*

County Conference of Bar Leaders of the Pennsylvania Bar Association - 2007 – Author and lecturer.

*"Anatomy of a Title Search"*

National Business Institute - 2007 - Author, lecturer and panel member for all day seminar.

*"General Practitioner's Update"*

Pennsylvania Bar Institute – 2007 – Moderator of all day live television satellite program; author and lecturer on "Updated Real Estate Law" during satellite program; and moderator and lecturer at the Philadelphia program.

*"Will Drafting"*

National Business Institute's seminar - 2007 - Authored material and lectured to attorneys and legal assistants.

*"Examining and Resolving Real Estate Title Issues"*

National Business Institute - 2007 - Authored and lectured on material to title insurance agents and legal assistants.

*"Preparing and Analyzing Real Estate Descriptions for Use on Deed"*

Half Moon Educational Services - 2007 - Authored and lectured on the material,

*"Protection of the Consumer Public From Those Engaged in the Authorized Practice of Law"*

Berks County Bar Association - 2007 - Authored the materials and lectured.

*"Real Estate Closings"*

National Business Institute - 2007 - Author, lecturer and moderator for the seminar.

*"Prevention of the Unauthorized Practice of Law"*

Lycoming County Paralegal Association, Williamsport, Pennsylvania - 2007 -Author and lecturer.

*"Prevention of the Unauthorized Practice of Law"*

Pennsylvania Bar Institute - 2007 - annual ethics review - Author and lecturer.

*"Anatomy of Real Estate Title Searching"*

National Business Institute - 2008 - Author, lecturer, member of panel and moderator of all day program.

*"Title Examination in Pennsylvania"*

National Business Institute - 2008 - Author, Lecturer on the subject of title abstracting and searching and was the moderator and panel member of the all-day program.

*"Law of Easements"*

Lorman - 2008 - Author on the subjects, Types of Easements, Method of Creation of Easements, Termination of Easements, Examples of Easements, Easements in Streets and Alleys, Party Walls, Shopping Center Easements and was the lecturer, member of the panel and moderator for the all-day program.

*"Title Law In Pennsylvania"*

National Business Institute - April 2008 – I was the author and lecturer on The Law of Real Estate Titles and The Process of Title Examination as well as moderator for all-day program.

*"General Practitioner's Update"*

Pennsylvania Bar Institute - 2008 - Moderator of all-day live television satellite program; author and lecturer on "Updated Real Estate Law" during satellite program; and moderator and lecturer at the Philadelphia program.

*"CCBL" on Unauthorized Practice of Law*

2008 - Moderator and panel member on subject of "How to Prevent the Unauthorized Practice of Law" presented to county conference of Bar Leaders at Nittany Lion Inn in State College.

*"Carbon County"*

Unauthorized Practice of Law - 2008 - Speaker at Bar Association dinner - Speaking on "How To Prevent the Unauthorized Practice of Law.

*"Berks County Bar Association - Lunch and Learn" Seminar*

Unauthorized Practice of Law - 2009 - moderator and member of panel on subject "How to Prevent the Unauthorized Practice of Law.

*"Title Examination in Pennsylvania"*

National Business Institute - 2009 - Author, lecturer, member of panel and moderator of all day program.

*"Berks County Bench Bar Annual Conference"*

Unauthorized Practice of Law - 2009 - Served as member of panel presenting program at the Plenary Session on "Preventing the Unauthorized Practice of Law.

*"CCBL" on Unauthorized Practice of Law*

Unauthorized Practice of Law - 2009 - State College - 2008 - Moderator and panel member on subject of "How to Prevent the Unauthorized Practice of Law" presented to county conference of Bar Leaders at Nittany Lion Inn in State College.

*"General Practitioner's Update"*

Pennsylvania Bar Institute - 2009 - Moderator of all-day live television satellite program; author and lecturer on "Updated Real Estate Law" during satellite program; and moderator and lecturer at the Philadelphia program.

*"Assessor's Association of Pennsylvania"*

2009 - Presented seminar to the Pennsylvania Assessor's Association during the Pennsylvania County Commissioner's Convention held in Lancaster, Pennsylvania, on the subject of Deed Interpretation during which I reviewed in excess of 20 different types of Deeds with the Assessors.

*"Pennsylvania Bar Institute Summer Family Law Section Meeting"*

2009 in Savannah, Georgia - Panel member on the subject "Divorce Over 50." My particular subject pertained to Medicare.

*"Real Estate Title Defects"*

National Business Institute - 2009 - Moderator of the day-long program and specifically authored and lectured on the subject of Anatomy of a Title Search and Insured Closing Letter.

*"Top Ten Estate Planning Techniques"*

National Business Institute - 2009 - Moderator of the day-long program and author and lecturer of the subject of Legal Entities Which Are Useful In Estate Planning and lecturer on the subjects of health care powers of attorney and irrevocable livings trusts.

*"Pennsylvania Chapter of the Pennsylvania Tax Assessors"*

Present seminar on analysis of Deeds. - 2010.

*"Easement Law in Pennsylvania"*

Pennsylvania Bar Institute - 2010 - Moderator of the Program and Lecturer on the subject "Description and Analysis of Easements."

*"General Practitioners Update"*

Pennsylvania Bar Institute - 2010 - Moderator of 2-all day programs in Philadelphia and Mechanicsburg, respectively, with the program in Mechanicsburg being broadcast by Webnar to various locations around the state. Author and Lecturer on "Updated Real Estate Law."

*"Seminar on Easements"*

Pennsylvania Bar Institute – 2011– Author and lecturer.

*"Ethics Seminar"*

Pennsylvania Bar Institute – 2011 – Author and lecturer on segment Concerning the Prevention of the Unauthorized Practice of Law.

*"Title Law"*

National Business Institute - 2011 – Moderator, author and lecturer.

*"Family Law Institute"*

Pennsylvania Bar Institute – 2011 – Author and lecturer in Lancaster and Philadelphia on segment concerning Current Status of Residential Financing.

*"Real Estate Title Law"*

Half Moon Educational Services – 2011 – Author and lecturer in seminar for engineers and surveyors on real estate title law as it applies to the professional responsibilities of engineers and surveyors.

*"Top Ten Title Defects"*

NBI Seminar – 2011 - Author, lecturer and moderator.

*"Dauphin County Bar Association"* - 2011

Seminar presented on the prevention of the Unauthorized Practice of Law.

*"Pennsylvania Bar Institute Ethics Potpourri Seminar"* - 2011

Lectured on prevention of the Unauthorized Practice of Law.

*"Pennsylvania Bar Association Paralegal Institute"* - 2011

Presented seminar on the nature of, and prevention of, the Unauthorized Practice of Law.

*"Pennsylvania Bar Institute General Practitioners Update"* - 2011

Broadcast by Webinar throughout the State. Moderator for the entire program and author and lecturer on real estate law.

*"Pennsylvania Bar Institute Boundary Line Law"* - 2011

Author and lecturer.

*"Pennsylvania Bar Institute General Practitioners Update"* – 2011 – Philadelphia, PA

Moderator of all day program and lecturer on real estate law.

*"Pennsylvania Bar Institute General Practitioners Update"* - 2012

Broadcast by Webinar throughout the State. Moderator for the entire program and author and lecturer on real estate law.

*"Pennsylvania Bar Institute General Practitioners Update"* – 2012 - Philadelphia

Moderator of all day program and lecturer on real estate law.

*"National Business Institute – Resolving Title Defects in Probate"* – 2012

National Teleconference presented by William F. Hoffmeyer, Esquire

*"Pennsylvania Bar Institute – Ethics – How to Prevent the Unauthorized Practice of Law"* – 2012

Author and lecturer.

*"National Business Institute – National Teleconference on Probate Issues"* – 2012

Author and lecturer.

*"National Business Institute – Real Estate Title Defects"* – 2012

Author and lecturer.

*"National Business Institute – National Teleconference on Real Property and Probate"* – 2013

Author and lecturer.

*"National Business Institute – Advanced Issues in Real Estate Law"* – 2013 – Harrisburg, PA

Author and lecturer.

"*Pennsylvania Bar Institute General Practitioners Update*" – 2013 – Philadelphia, PA

Moderator of all day program. Author and lecturer on Real Estate Update.

"*Pennsylvania Bar Institute General Practitioners Update*" – 2013

Broadcast Webinar from Pennsylvania Bar Institute Headquarters in Mechanicsburg, PA.

Moderator of all day program. Author and lecturer on Real Estate Update.

*"Pennsylvania Bar Institute – Ethics Potpourri Series"* – 2013 – Mechanicsburg, PA

Author and lecturer on Prevention of Unauthorized Practice of Law.

*"Pennsylvania Bar Institute – Ethics Potpourri Series"* – 2013 – Pittsburgh, PA

Author and lecturer on Prevention of Unauthorized Practice of Law.

*" Guest Speaker at the Pennsylvania State University, Dickinson School of Law"* -2014

Simulcast at University Park Campus. Addressed the Unauthorized Practice of Law, Rules of Professional Conduct, and Method of Ownership of Real Estate for Small Business

*"National Business Institute – Title Issues in Estate Administration"* – 2014

National teleconference.

Author and lecturer.

*"South East Chapter of the Assessor's Association of Pennsylvania – Interpreting and Understanding Deeds"* – 2014

Author and lecturer.

"*Pennsylvania Bar Institute General Practitioners Update*" – 2014 – Philadelphia

Moderator of all day program. Author and lecturer on Real Estate Update.

"*Pennsylvania Bar Institute General Practitioners Update*" – 2014

Broadcast Webinar from Pennsylvania Bar Institute Headquarters in Mechanicsburg, PA.

Moderator of all day program. Author and lecturer on Real Estate Update.

*"Pennsylvania Bar Institute – Ethics Potpourri Series"* – 2014 – Mechanicsburg,PA

Author and lecturer on Prevention of Unauthorized Practice of Law.

*"Pennsylvania Bar Institute – Solo & Small Firm Conference* – 2014

Author and lecturer of "New PAR Sales Agreement Form"

*"National Business Institute – National Teleconference on Real Estate in Estate Administration, Essential Legal Consideration"* – 2014

Author and lecturer

*National Business Institute – The Probate Process From Start to Finish* – 2015, Harrisburg, PA

Author and lecturer

*Halfmoon Education Inc. – Understanding Riparian & Water Rights and Law of Accessing Oil, Gas, and Mineral Rights*.- 2014 - Fort Washington, PA

Author and lecturer

*County Conference of Bar Leaders* – 2015 - Lancaster, PA

Presented on a panel regarding the Unauthorized Practice of Law

*National Business Institute – Top Ten Title Defects – Cured.* – 2015 – Harrisburg, PA

Author and lecturer

"*Pennsylvania Bar Institute General Practitioners Update*" – 2015 – Philadelphia, PA

Moderator of all day program. Author and lecturer on Real Estate Update.

"*Pennsylvania Bar Institute General Practitioners Update*" – 2015 – Mechanicsburg, PA

Moderator of all day program. Author and lecturer on Real Estate Update.

*Young Lawyers Division Conference* – 2015- Seven Springs Resort, PA

Presented on a panel regarding the Unauthorized Practice of Law

*National Business Institute – "Legal Description, Title Insurance and Surveys in Real Estate Transaction"* – 2015 – Harrisburg, PA

Author and lecturer

*National Business Institute – Probate from Start to Finish* – 2015 – Harrisburg, PA

Author and lecturer

*Title Abstractors Association of Pennsylvania – "The Demise of the 60-Year Search and the Rise of the 150-Year Search"* – May, 2016 – King of Prussia, PA

Author and lecturer

*Pennsylvania Bar Institute – General Practitioners Update* – June, 2016 – Philadelphia and Mechanicsburg, PA

Author and lecturer on Real Estate Update and Moderator of All-Day Program

*Pennsylvania Bar Association's Solo and Small Practitioner Section Annual Retreat - Installment Sales Contract vs. Mortgage for Purchase of Real Estate and Member on Panel Pertaining to Use of Expert Witnesses* – July, 2016 – Bedford Springs, PA

Author and lecturer

*Pennsylvania Bar Institute – Ethics Potpourri Seminar – Panel Discussion on Current Issues Concerning the Unauthorized Practice of Law* – August, 2016 – Mechanicsburg, PA

Author and lecturer

*South East Chapter of the Tax Assessor's Association of Pennsylvania – Interpreting and Understanding Deeds* – September, 2016 – Gettysburg, PA

Author and lecturer

*National Business Institute- "Preparing a Title Insurance Commitment"* – December, 2016 – Harrisburg, PA

Author and lecturer

*National Business Institute- Probate Seminar* – December, 2016 - Harrisburg, PA

Author and lecturer

*York County Bar Association- 18th Annual Estate & Elder Law Symposium Seminar* – February, 2017 – York, PA

Author and lecturer

*National Business Institute- "Real Estate Transactions From Start to Finish"* – April, 2017 – Harrisburg, PA

Author and lecturer

*OLLI Spring Seminar "Real Estate Tips When Downsizing Your Home/ Things to Know Before Buying Into a Senior Community"* – April, 2017 - PennState York, PA

Author and lecturer

*Half Moon Education, Inc. "Boundaries and Easements"* – May, 2017 – Harrisburg, PA

Author and lecturer

*National Business Institute- "The Ultimate Guide to Probate"* – July, 2017 – Lancaster, PA

Author and lecturer

**PLEASE NOTE:** Attorney William F. Hoffmeyer, Esq. has been annually presenting free seminars to the general public for the past 20 years on behalf of Hoffmeyer & Semmelman, LLP on the subjects of Wills, Trusts, Power of Attorney, Living Wills, Decedent Estate Administration, and Real Estate Law.