

CASCADE TWP.
PLUNKETTS CREEK
TOWNSHIP
DISTRICT NO.
06 , 48
212
LYCOMING COUNTY
Pennsylvania
KEY MAP
192
211 212 213
232
REVISIONS
DATE
BY
DATE PLOTTED: 05-12-2005
(DISTRICT 48)
(DISTRICT 06)
TOWNSHIP
CASCADE
PLUNKETT'S
CREEK
100
101
102
103
104
105
106
107
109-D
110
111
112
113
114
115
115.01
115.02
115.03
115.04
116
118
118-A
119
121
122
124
125
125-A
126


**EXHIBIT A**