# LIST OF EXHIBITS

**CASE CAPTION:** Kendall *et al.* v. Anadarko *et al.* **CASE NUMBER:** 3:16-cv-01182-MEM

**MIDDLE DISTRICT OF PENNSYLVANIA** **JUDGE:** Mannion

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | | Deed from John McCawley & Wife to John F. Meyer, March 13, 1857 | | | | |
| 2 | | Deed from John F. Meyer & Wife to Thomas E. Proctor, May 13, 1871 | | | | |
| 3 | | Deed from Thomas E. Proctor to Elk Tanning Co., October 2, 1894 | | | | |
| 4 | | Exhibit B to Expert Report of Andrew J. Grafton (maps showing metes and bounds descriptions in 1857 deeds) | | | | |
| 5 | | Deed from John McCawley & Wife to Conrad M. Whitaker, March 13, 1857 | | | | |
| 6 | | Deed from John McCawley & Wife to F.W. Meier, October 1, 1857 | | | | |
| 7* | | **If necessary:** Documents establishing that Plaintiffs have succeeded to the interest of Thomas E. Proctor | | | | |
| 8* | | **If necessary:** Documents relating to the reporting of the John Brown Warrant for taxation and Lycoming County officials' knowledge of the whereabouts of the Proctor Heirs | | | | |

*composite exhibits/placeholder – will be disaggregated if necessary before the start of trial