**McGuireWoods LLP**
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Tel 412.667.6000
Fax 412.667.6050
www.mcguirewoods.com

**Laura A. Lange**
Direct: 412.667.7941

# McGuireWoods

llange@mcguirewoods.com
Fax: 412.667.7961

June 26, 2019

The Honorable Malachy E. Mannion
U.S. District Court for the Middle District
 of Pennsylvania
Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

    Re:    <u>Charles Rice Kendall, et al. v. Anadarko E&P Onshore LLC, et al.</u>, No. 3:16-CV-01182

Dear Judge Mannion:

I write to inform the Court that the parties in the above-captioned matter have reached a settlement in principle. The parties are working to finalize the settlement. Plaintiffs and Anadarko/Alta Resources request the issuance of a 60-day order to suspend upcoming deadlines. The Wallis Run defendants do not concur in this request at this time.

Please let me know if you require additional information.

                        Sincerely,

                        /s/ *Laura A. Lange*

                        Laura A. Lange

cc:    All Counsel of Record (via ECF)