IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR., as Trustees for The Margaret O.F. Proctor Trust, <br><br> Plaintiffs, <br><br> vs. <br><br> ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., and WALLIS RUN GAS and OIL, INC., <br><br> Defendants. | Civil Action No. 3:16-cv-01182-MEM <br><br> Judge Malachy E. Mannion <br><br> Complaint filed: 06/17/16 <br><br><br><br><br><br><br><br><br><br><br><br> *Electronically Filed* |

## JOINT MOTION FOR APPROVAL OF STIPULATED JUDGMENT

Plaintiffs Charles Rice Kendall and Ann P. Hochberg, as Trustees for the Thomas E. Proctor Heirs Trust, and Bank of America, N.A. and John J. Slocum, Jr., as Trustees for the Margaret O.F. Proctor Trust, and Defendants Anadarko E&P Onshore LLC, Wallis Run Hunting Club, Inc., Wallis Run Gas and Oil, Inc. (hereinafter collectively referred to as the "Parties"), by and through their undersigned attorneys, hereby file the following Joint Motion for Approval of Stipulated Judgment. In support of their Motion, the Parties state as follows:

1. The Parties have settled the above-captioned matter.

2. The Parties have entered into a Stipulated Judgment, attached hereto as Exhibit A.[1]

3. The Parties request this Honorable Court endorse the Order following the recital paragraphs of the Stipulated Judgment (Ex. A) at page 4.

WHEREFORE, Plaintiffs Charles Rice Kendall and Ann P. Hochberg, as Trustees for the Thomas E. Proctor Heirs Trust, and Bank of America, N.A. and John J. Slocum, Jr., as Trustees for the Margaret O.F. Proctor Trust, and Defendants Anadarko E&P Onshore LLC, Wallis Run Hunting Club, Inc., Wallis Run Gas and Oil, Inc. request that this Court approve the Parties' Stipulated Judgment and enter the Order regarding same.

| | |
|---|---|
| By: s/Laura Lange | By: s/Thomas C. Marshall |
| Laura Lange, Esquire | Thomas C. Marshall, Esquire |
| Litigation Counsel | Thomas E. Robins, Esquire |
| Thomas E. Proctor Heirs Trust | Daryl A. Yount, Esquire |
| 1670 Sturbridge Drive | McNerney, Page, Vanderlin & Hall |
| Sewickley, PA 15143 | 433 Market Street |
| (847) 800-8334 | P.O. Box 7 |
| lange@proctortrust.com | Williamsport, PA 17703 |
| Paul K. Stockman, Esquire | (570) 326-6555 |
| Kazmarek Mowrey Cloud Laseter LLP | tmarshall@mpvhlaw.com |
| | trobins@mpvhlaw.com |
| One PPG Place, Suite 3100 | dyount@mpvhlaw.com |
| Pittsburgh, PA 15222 | For Defendants Wallis Run Hunting |
| (404) 333-0752 | Club, Inc. and Wallis Run Gas and Oil, |
| pstockman@kmcllaw.com | Inc. |
| For Plaintiffs | |

---

[1] A fully executed Stipulation of Dismissal with Prejudice (Exhibit 1 to Stipulated Judgment) will be E-filed with the Court upon issuance of the Court Order granting this Joint Motion for Approval of Stipulated Judgment.

By: <u>s/John A. Snyder</u>
John A. Snyder, Esquire
McQuaide Blasko, Inc.
811 University Drive
State College, PA 16801
(814) 238-4926
jasnyder@mqblaw.com
For Defendant Anadarko E&P
Onshore LLC

Dated: November 14, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR., as Trustees for The Margaret O.F. Proctor Trust, <br><br> Plaintiffs, <br><br> vs. <br><br> ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., and WALLIS RUN GAS and OIL, INC., <br><br> Defendants. | Civil Action No. 3:16-cv-01182-MEM <br><br> Judge Malachy E. Mannion <br><br> Complaint filed: 06/17/16 <br><br><br><br><br> *Electronically Filed* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Joint Motion for Approval of Stipulated Judgment in the above-captioned matter was served via ECF this 14th day of November, 2019, to the attorneys/parties of record as follows:

| | |
|---|---|
| Laura Lange, Esquire <br> Litigation Counsel <br> Thomas E. Proctor Heirs Trust <br> 1670 Sturbridge Drive <br> Sewickley, PA 15143 <br> 847-800-8334 <br> lange@proctortrust.com <br> Paul K. Stockman, Esquire <br> Kazmarek Mowrey Cloud <br>   Laseter LLP <br> One PPG Place, Suite 3100 <br> Pittsburgh, PA 15222 <br> (404) 333-0752 <br> pstockman@kmcllaw.com <br> (For Plaintiffs) | Thomas C. Marshall, Esquire <br> Thomas E. Robins, Esquire <br> Daryl A. Yount, Esquire <br> McNerney, Page, Vanderlin & Hall <br> 433 Market Street <br> P.O. Box 7 <br> Williamsport, PA 17703 <br> (570) 326-6555 <br> tmarshall@mpvhlaw.com <br> trobins@mpvhlaw.com <br> dyount@mpvhlaw.com <br> (For Defs. Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc.) |

McQUAIDE BLASKO, INC.

By: s/John A. Snyder
     John A. Snyder, Esquire
     I.D. No. 66295
     jasnyder@mqblaw.com
     Suzette v. Sims, Esquire
     I.D. No. 210355
     svsims@mqblaw.com
     811 University Drive
     State College, PA 16801
     Phone: (814) 238-4926
     Fax: (814) 234-5620

     Attorneys for Defendant
     Anadarko E&P Onshore LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR., as Trustees for The Margaret O.F. Proctor Trust, | : : : : : : : | Civil Action No. 3:16-cv-01182-MEM  Judge Malachy E. Mannion |
| Plaintiffs, | : | Complaint filed: 06/17/16 |
| vs. | : | |
| ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., and WALLIS RUN GAS and OIL, INC., | : : : : | *Electronically Filed* |
| Defendants. | : | |

## CERTIFICATE OF CONCURRENCE

I, John A. Snyder, counsel for Defendant Anadarko E&P Onshore LLC, hereby certify that all parties/counsel concur in the Joint Motion for Approval of Stipulated Judgment.

                                                            McQUAIDE BLASKO, INC.

Dated: November 14, 2019          By: s/John A. Snyder
                                                             John A. Snyder, Esquire
                                                             I.D. No. 66295
                                                             jasnyder@mqblaw.com
                                                             811 University Drive
                                                             State College, PA 16801
                                                             Phone: (814) 238-4926
                                                             Attorneys for Defendant
                                                             Anadarko E&P Onshore LLC

Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR. As Trustees for The Margaret O.F. Proctor Trust, <br> Plaintiffs, <br> vs. <br><br> ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., WALLIS RUN GAS AND OIL, INC. <br> Defendants. | CASE NO. 3:16-CV-01182 <br><br> (JUDGE MALACHY E. MANNION) <br><br> JURY TRIAL DEMANDED |

## STIPULATED JUDGMENT

And now, it is stipulated by and between the undersigned parties that a settlement of their disputed claims has been reached between Charles Rice Kendall and Ann P. Hochberg, as Trustees for The Proctor Heirs Trust, and Bank of America, N.A., and John Trevor as Trustees for The Margaret O.F. Proctor Trust (collectively referred to as "Proctor"), and Anadarko E&P Onshore LLC and Alta Marcellus Development LLC (collectively referred to as "Alta") and Wallis Run Hunting Club, Inc. and

**1**

Wallis Run Gas and Oil, Inc. (collectively referred to as "Wallis Run"). Proctor, Alta and Wallis Run are collectively referred to as the "Parties".

1. The Parties agree the Court has jurisdiction to enforce the Settlement Agreement and Mutual Release (hereinafter the "Release") executed by the Parties and filed under seal.

2. The Parties agree that Wallis Run is the owner of the surface and subsurface property of tax parcel 06-212-101 and 06-192-102 (the "Tax Parcels") as described in the Release.

3. The Parties agree that Proctor has no ownership interest in the surface and subsurface of the Tax Parcels.

4. Charles Rice Kendall and Ann P. Hochberg, as trustees for The Thomas E. Proctor Heirs Trust, have the power and authority to expressly sell, grant and convert interest in and compromise claims related to the trust property.

5. Bank of America, N.A. and John Trevor, as trustees of The Margaret O.F. Proctor Trust, have the power and authority to expressly sell, grant and convert interests in and compromise claims related to property held by such Trust.

6. The Trustees have the authority to bind the Trusts.

7. Pursuant to 28 U.S.C.S. §2201(a), The Parties agree this Court has jurisdiction to declare that Proctor has no right, title and interest in and to tax parcel 06-192-102.

8. The Parties agree that the 2013 Michael Maneval survey, attached as an exhibit to the Release, describes the correct boundary line locations of the Tax Parcels.

9. The Parties agree that the boundary line locations of the Tax Parcels, as shown in the 2013 Michael Maneval survey, apply to both surface and subsurface property interests.

10. The Parties agree that the Release fully and finally resolves any and all claims the Parties have made, or could have made, in the above-entitled action.

11. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties have executed a Stipulation Of Dismissal With Prejudice, attached hereto as Exhibit "1".

12. The aforementioned Trustees agree to indemnify, defend and hold Wallis Run and Alta harmless for any and all claims made by the beneficiaries,

heirs and assigns of Proctor against Wallis Run and Alta concerning ownership of the Tax Parcels.

WHEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1) The aforementioned recitals are incorporated into this Order.

2) The Court shall retain jurisdiction to enforce the Release.

3) The Parties shall comply with all terms and provisions set forth in the Release as though the same were in full force and effect as an Order of the Court.

4) The Thomas E. Proctor Heirs Trust and The Margaret O.F. Proctor Trust have no right, title and interest in and to the Alexander Wilcox Warrant, tax parcel no. 06-192-102, Lycoming County, Pennsylvania.

5) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed, with prejudice.

6) The Prothonotary of the United States District Court For The Middle District Of Pennsylvania is directed to mark this case settled and discontinued.

_____
J.

c: all counsel

Respectfully submitted,

In agreement with entry of the above Order:

_____
Laura A. Lange, Esquire
Attorney for Plaintiffs

_____
McQuaide Blasko, Inc.
By: John A. Snyder, Esquire
Attorney for Defendant
Anadarko E&P Onshore, LLC
and its successor in interest,
Alta Marcellus Development, LLC


_____
McNerney, Page, Vanderlin & Hall
By: Daryl A. Yount, Esquire
Attorney for Defendants
Wallis Run Hunting Club, Inc.
Wallis Run Gas and Oil, Inc.

In agreement with entry of the above Order:

_____
Laura A. Lange, Esquire
Attorney for Plaintiffs

_____
McQuaide Blasko, Inc.
By: John A. Snyder, Esquire
Attorney for Defendant
Anadarko E&P Onshore, LLC
and its successor in interest,
Alta Marcellus Development, LLC


_____
McNerney, Page, Vanderlin & Hall
By: Daryl A. Yount, Esquire
Attorney for Defendants
Wallis Run Hunting Club, Inc.
Wallis Run Gas and Oil, Inc.

In agreement with entry of the above Order:

_____
Laura A. Lange, Esquire
Attorney for Plaintiffs


_____
McQuaide Blasko, Inc.
By: John A. Snyder, Esquire
Attorney for Defendant
Anadarko E&P Onshore, LLC


_____/s/ Daryl A. Yount, Esq._____
McNerney, Page, Vanderlin & Hall
By: Daryl A. Yount, Esquire
Attorney for Defendants
Wallis Run Hunting Club, Inc.
Wallis Run Gas and Oil, Inc.

Exhibit "C"

Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, and BANK OF AMERICA, N.A., and JOHN J. SLOCUM, JR., as Trustees for The Margaret O.F. Proctor Trust, Plaintiffs, vs. ANADARKO E&P ONSHORE LLC, WALLIS RUN HUNTING CLUB, INC., and WALLIS RUN GAS and OIL, INC., Defendants. | : : : : : : : : : : : : : : : | Civil Action No. 3:16-cv-01182-MEM<br><br>Judge Malachy E. Mannion<br><br>Complaint filed: 06/17/16<br><br>***Electronically Filed*** |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties hereto that any and all claims in the above-entitled action are hereby dismissed with prejudice.

By: _____
   Laura A. Lange, Esquire
   1670 Sturbridge Drive
   Sewickley, PA 15143
   847-800-8334
   lange@proctortrust.com
   (For Plaintiffs)

By: _____
   Daryl A. Yount, Esquire
   McNerney, Page, Vanderlin & Hall
   433 Market Street
   Williamsport, PA 17701
   (570) 326-6555
   (For Defendants Wallis Run Hunting Club, Inc. and Wallis Run Gas and Oil, Inc.)

By: _____
John A. Snyder, Esquire
McQuaide Blasko, Inc.
811 University Drive
State College, PA 16801
(814) 238-4926
jasnyder@mqblaw.com
(For Def. Anadarko E&P
Onshore LLC and its successor in
interest, Alta Marcellus
Development, LLC)

Dated: _____